IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:18-CR-00356-S |
| JOHN O. GREEN (3) | § | |

## LIMITED ENTRY OF APPEARANCE AS COUNSEL OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I hereby enter my limited appearance as counsel for the above-named Defendant in this cause for purposes of the Rule 5 initial appearance. I am not making an entry of appearance in this case for any other purpose at this time.

I understand that it is my duty to continue to represent the Defendant in connection with the above-listed proceedings therein in this Court.

                                                    Respectfully submitted,

                                                   BURLESON, PATE & GIBSON, L.L.P.

                                                   */s/ Michael P. Gibson*

                                                   _____
                                                   MICHAEL P. GIBSON
                                                   TEXAS BAR CARD NO. 07871500

                                                   900 Jackson Street, Suite 330
                                                   Dallas, Texas 75202
                                                   Telephone: (214) 871-4900
                                                   Facsimile: (214) 871-7543
                                                   Email: mgibson@bp-g.com

                                                   COUNSEL FOR DEFENDANT
                                                   JOHN O. GREEN

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing motion was delivered by electronic filing to Robert Kemins, the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 2nd day of August, 2018.

    */s/ Michael P. Gibson*

    _____
    MICHAEL P. GIBSON