# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: REBECCA RUTHERFORD | |
|---|---|
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:13 - 2:19 |
| A.M.          P.M. | DATE: August 07, 2018 |

☐ MAG. NO.   ☐ DIST. CR. NO. 3:18-cr-00356-S            USDJ Judge Karen Gren Scholer

UNITED STATES OF AMERICA                §
                                        §    _Robert Kemins_____, AUSA
v.                                      §
                                        §    _____ ☐
                                        §    _Michael Cerbsu_____ ☐
JOHN O GREEN (3)                        §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  ☑ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☑ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____   ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☑ BOND  ☑ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☑ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☐ DEFT  ☐ MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG - 7 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy