# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** FTR
**USPO:** _____
**Date:** August 07, 2018

Cr.No. 3:18-cr-00356-S
DEFT. No. _____

UNITED STATES OF AMERICA
v.
JOHN O GREEN (3)

Robert Kamins, AUSA
Michael Gibson
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

### ARRAIGNMENT / REARRAIGNMENT (Arraignment circled)

Time in Court: 1m

**Trial Status:** ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____
Hearing Concluded: ☐ Yes  ☐ No

☐ Defendant SWORN.
☑ Arraignment  ☐ Rearraignment – Held on Count(s) __1__
of the __3__ count(s)  ☑ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
☐ Sentencing Guidelines                                                     ☐ Superseding Information
☑ Deft enters a pleas of  ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted     ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: _____  Time: _____
☐ Trial set for  Date: _____  Time: _____
   Pretrial motions due: _____  Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  PSI due: _____  Pre-sentence Referral Form to: _____
☑ Deft Bond  ☑ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☑ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED AUG - 7 2018 CLERK, U.S. DISTRICT COURT By _____ Deputy**