# UNITED STATES DISTRICT COURT

Northern  District of  Texas

U.S. MARSHALS SERVICE N/
DALLAS, TEXAS
2018 JUL 20  PM 2:20

UNITED STATES OF AMERICA

V.

JOHN O. GREEN

**WARRANT FOR ARREST**

Case Number: 3:18-CR-356-3-S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __JOHN O. GREEN__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her (brief description of offense)

Conspiracy to Defraud the United States.

in violation of Title __18__ United States Code, Section(s) __371__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

/s/ Karen Mitchell
Signature of Issuing Officer

U.S. Magistrate Judge Jeffrey L. Cureton     7/19/2018     Dallas, TX
                                              Date         Location

By: s/K. Cheng
    Deputy Clerk

2018 AUG -8  PM 1:43
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

1100 Commerce St. Dallas, TX 75244

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/19/18 | Stephanie Byrd, Special Agent | Stephanie Byrd |
| DATE OF ARREST | | |
| 8/7/18 | | |

TRS

106-39636