UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
| | § | |
| v. | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| MICHELLE L. SELGAS (2) | § | |
| JOHN GREEN (3) | § | |

## ENTRY OF APPEARANCE

The undersigned, being duly admitted to practice in the United States District Court Northern District of Texas, hereby enters an appearance for John Green.

Respectfully submitted on August 29, 2018.

        MINNS & ARNETT

        */s/ Michael Louis Minns*
        Michael Louis Minns
        State Bar No. 14184300
        mike@minnslaw.com
        Ashley Blair Arnett
        State Bar No. 24064833
        ashley@minnslaw.com
        9119 S. Gessner, Suite 1
        Houston, Texas 77074
        Telephone: (713) 777-0772
        Telecopy: (713) 777-0453

        Attorneys for John Green

## CERTIFICATE OF SERVICE

This is to certify that on this the 29th day of August 2018, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

／s/ *Michael Louis Minns*
Michael Louis Minns