**Ashley Arnett**

**Subject:** RE: USA v. Selgas/Green
**Date:** Wednesday, September 19, 2018 at 12:12:18 PM Central Daylight Time
**From:** Kemins, Robert A. (TAX)
**To:** Ashley Arnett
**CC:** Michael Minns, john@johnhelmslaw.com, mick@texascrimlaw.com, Strier, Mara A. (TAX)

I did, sorry events overtook me. We don't object to the defendant's meeting together in the presence of counsel. We don't object to a one-time transfer of whatever funds Mr. Green might be holding for the Selgas'. We would object to his continuing to pay their bills out of his IOLTA account or any account he controls and think that might a violation of the conditions of pre-trial release. We don't want to interfere with the preparation of a defense but we would object to any further modification of standard condition of release letter g beyond what is stated above.

I also spoke with my co-counsel and we view the Power Point as our work product, so no we are not going to provide copies of that-sorry.

**From:** Ashley Arnett <ashley@minnslaw.com>
**Sent:** Wednesday, September 19, 2018 11:56 AM
**To:** Kemins, Robert A. (TAX) <Robert.A.Kemins@tax.USDOJ.gov>
**Cc:** Michael Minns <mike@minnslaw.com>; john@johnhelmslaw.com; mick@texascrimlaw.com; Strier, Mara A. (TAX) <Mara.A.Strier@tax.USDOJ.gov>
**Subject:** Re: USA v. Selgas/Green

Did you hear back from your supervisors regarding the drafted motion to modify?

Also, can you send a copy of the power point presentation from our meeting in Dallas?

Thanks,
Ashley

**From:** "Kemins, Robert A. (TAX)" <Robert.A.Kemins@usdoj.gov>
**Date:** Tuesday, September 11, 2018 at 4:33 PM
**To:** Ashley Arnett <ashley@minnslaw.com>
**Cc:** Michael Louis Minns <mike@minnslaw.com>, "john@johnhelmslaw.com" <john@johnhelmslaw.com>, "mick@texascrimlaw.com" <mick@texascrimlaw.com>, "Strier, Mara A. (TAX)" <Mara.A.Strier@usdoj.gov>
**Subject:** RE: USA v. Selgas/Green

I wanted to double check with one of my supervisors on an aspect of this. I will get back to you tomorrow. Thanks!

DEFENDANT'S EXHIBIT B

Page 1 o

**From:** Ashley Arnett <ashley@minnslaw.com>
**Sent:** Tuesday, September 11, 2018 2:32 PM
**To:** Kemins, Robert A. (TAX) <Robert.A.Kemins@tax.USDOJ.gov>
**Cc:** Michael Minns <mike@minnslaw.com>; john@johnhelmslaw.com; mick@texascrimlaw.com
**Subject:** USA v. Selgas/Green

Please find attached the current draft of the Motion to Modify Conditions of Release. Let me know your position so I can get it filed.

Thanks,
Ashley