United States District Court of Texas

United States of America

v.

Thomas Selgas
Michelle Selgas
John Green

Case 3:18-cr-00356-S

Supplement to Bond Motion

Comes now John Green (Defendant Green) through his counsel of record, Michael Minns, who would add one request to his current motion. He requests the right to have a weapon in his home which in the winter is surrounded by dangerous animals.

The second amendment guarantees him such right.

His family which includes a 17 year old daughter, his wife, his 90 year old mother-in-law, and his cousin a disabled priest is also without adequate defense because the household cannot currently house a weapon.

Green is presumed innocent and on bond but even if convicted of a non-violent crime should have access to a weapon to defend himself.

Counsel only learned of case law affirming this position thirty minutes before the hearing on BOND change.

The Government does not agree or disagree without opportunity to brief this issue. Counsel spoke briefly with opposing counsel who asked the motion be held until briefing and/or additional oral argument.

Counsel requests the earliest setting — winter danger in Idaho is approaching.

*[signature]*
Michael Louis Minns
For Defendant Green

## Service

I am handing a copy this A.M. to opposing counsel

*[signature]*