UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-356-S |
| | ) | |
| THOMAS SELGAS, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendants Thomas Selgas, Michelle Selgas, and John Green have filed a Joint Motion to Modify Conditions of Release (ECF No. 30) seeking to amend a condition of pretrial release that precludes each them from contacting or communicating with each other and other potential witness in this case. The Court GRANTS the Motion, and Condition 7(g) of the Orders Setting Conditions of Release as to each Defendant (*see* ECF No. 8, 11, & 14) are modified to permit:

(i) The parties to contact and communicate with potential witnesses and codefendants regarding the case if such contact and communication is supervised by their attorney or their attorney's representative.

(ii) Defendant John Green is permitted to release any funds he holds in his IOLTA trust account on behalf of Thomas Selgas to Thomas Selgas.

(iii) Defendants John Green and Thomas Selgas are permitted to meet and communicate as necessary to conduct the legitimate business of John Green's law office and their mutual business activities pertaining to

their respective partnership interest in MyMail.

SO ORDERED.

November 2, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE