# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CASE NO. 3:18-CR-356-S |
| THOMAS D. SELGAS (01)<br>MICHELLE L. SELGAS (02)<br>JOHN O. GREEN (03) | § § § § | |

## ORDER

Defendant Michelle L. Selgas's September 9, 2018 motion for continuance—which the government and codefendants do not oppose—is granted, and the trial of this case is reset to April 29, 2019 at 9:00 a.m. Pretrial filings are now due April 15, 2019. Pretrial motions are now due no later than March 1, 2019. The pretrial conference will be set for April 19, 2019 at 10:00 a.m.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court can grant an "ends of justice" continuance at the request of a defendant or defendant's attorney if the Court does so on the basis of finding "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* One of the factors the Court may consider in granting an "ends of justice" continuance is "[w]hether the failure to grant such a continuance . . . would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

For the reasons set out in defendant's motion, the Court finds that (1) the ends of justice served by the granting of a trial continuance outweigh the best interests of the public and the defendant in a speedy trial; (2) the failure to grant a continuance in this case would deny defendant's counsel the reasonable time necessary for effective preparation, taking into account



the exercise of due diligence; and (3) taking into account the exercise of due diligence by defense counsel, a continuance of the duration granted by this order is necessary for effective preparation by defense counsel.

Based on this order, the trial and pretrial motion deadlines of codefendants Thomas D. Selgas and John O. Green are continued as well. See 18 U.S.C. § 3161(h)(6) (excluding "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

**SO ORDERED.**

SIGNED September 14, 2018.

/s/ Karen Gren Scholer
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE