## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
| | § | |
| v. | § | |
| | § | |
| JOHN GREEN (3) | § | |
| | § | |

## NOTICE OF APPEAL

Notice is hereby given that John Green, Defendant, in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit in reference to the De Novo Judgment rendered on January 8, 2019, by the Magistrate Judge Karen Gren Scholer regarding the Defendants objections to his Bond Restrictions, entered in this action of the 15th day of January, 2019.

    MINNS & ARNETT

    */s/ Ashley Blair Arnett*
    Michael Louis Minns
    State Bar No. 14184300
    mike@minnslaw.com
    Ashley Blair Arnett
    State Bar No. 24064833
    ashley@minnslaw.com
    9119 S. Gessner, Suite 1
    Houston, Texas 77074
    Telephone: (713) 777-0772
    Telecopy: (713) 777-0453

    **Attorneys for John Green**

**CERTIFICATE OF SERVICE**

This is to certify that on this the 15th day of January 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Ashley Blair Arnett*
　　　　　　　　　　　　　　　　　　　Ashley Blair Arnett