UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
| | § | |
| v. | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| MICHELLE L. SELGAS (2) | § | |
| JOHN GREEN (3) | § | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**

TO THE HONORABLE COURT:

COMES NOW, DEFENDANT JOHN GREEN ("Defendant"), by and through undersigned counsel, Michael Louis Minns and Ashley Blair Arnett and respectfully requests this Court's permission to add additional authority and in support of same would show this honorable court the following:

1. Recently counsel was before the honorable Magistrate, Irma Carrillo Ramirez, and was told that sufficient law had not been demonstrated.

2. Counsel was also told that a request for demonstrating more law had to be filed with the Court.

3. Counsel realizes that there is significant authority not previously tendered to the Court concerning the practices in the Northern District of Texas and the Fifth Circuit that were not addressed in either the Government's reply or in the Defendant's original brief.

4. To wit:

*That Defendant is entitled to the material stated in Rule 16(a)(1)(G) is well settled; see:*

- *United States v. Guerra*, No. 2:17-CR-137-D(01), 2018 WL 2129469 (N.D. Tex. May 9, 2018) (granting motion to the extent that Rule 16(a)(1)(G) requires disclosure by the government to produce a written summary of any testimony from any expert witnesses whom it intended to use at trial, including a description of the witness' opinions, the bases and reasons for those opinions, and the witness' qualifications).

- *United States v. Jimenez*, No. 2:16-CR-083-D(1), 2017 WL 3172709 (N.D. Tex. July 26, 2017) (granting motion to disclose expert summary, as disclosure by the government Fed. R. Evid. 16(a)(1)(G) is not limited to scientific experts or to reports that are in existence at the time of the defense request, but applies to any expert, including law enforcement witnesses with expert opinion or summary witness testifying pursuant to Fed. R. Evid. 1006, when such a witness also gives expert testimony).

- *United States v. Khoury*, No. 3:12-CR-318-D 6, 2014 WL 6633065 (N.D. Tex. Nov. 24, 2014) (granting motion to disclose to extent Khoury requests discovery that government is required to disclose under Rule 16(a)(1)(G)).

- *United States v. Robinson*, No. 3:05-CR-062-D, 2006 WL 468298, at *4 (N.D. Tex. Feb. 28, 2006) (same).

*Courts in the Fifth Circuit have stated the reason behind Rule 16(a)(1)(G).*

- *United States v. Ocasio*, No. EP-11-CR-2728-KC, 2013 WL 2902907, at *2 (W.D. Tex. June 13, 2013) (provided summaries were too broad and vague for defendant to reasonably complete his pretrial preparations and did not meet the requirements of Rule 16(a) (1)(G)).

- United States v. Owens, No. CRIM209CR6DPJDAS, 2009 WL 2449822, at *1 (N.D. Miss. Aug. 7, 2009) (where agent's testimony would not be limited to what she observed but she

would also testify as to her observations, connections and opinions based on her specialized knowledge, the information fell squarely within Rule 16(a)(1)(G)).

***Importantly, the material required by the plain language of Rule 16(a)(1)(G) is a "written summary."***

- *United States v. Holy Land Found. for Relief & Dev.*, No. 3:04-CR-240-G, 2007 WL 9658814, at *2 (N.D. Tex. May 4, 2007) (information regarding expert as required by Rule 16(a)(1)(G), which "is intended to minimize surprise that often results from unexpected expert testimony, reduce the need for continuances, and to provide the opponent with a fair opportunity to test the merit of the expert's testimony through focused cross-examination," Fed. R. Crim. P. 16 advisory committee's note, the court concluded the information regarding witness and his expected testimony).

## CONCLUSION

WHEREFORE PREMISES CONSIDERED, your Defendant requests the opportunity to add to the Court's existing submitted case law.

Respectfully submitted on August 27, 2019.

    MINNS & ARNETT

    */s/ Michael Louis Minns*
    Michael Louis Minns
    State Bar No. 14184300
    mike@minnslaw.com
    Ashley Blair Arnett
    State Bar No. 24064833
    ashley@minnslaw.com
    9119 S. Gessner, Suite 1
    Houston, Texas 77074
    Telephone: (713) 777-0772
    Telecopy: (713) 777-0453
    **Attorneys for John Green**

**CERTIFICATE OF CONFERENCE**

The Government is not opposed or in agreement. The Government stated they would leave this decision to the discretion of the Court.

                                            */s/ Michael Louis Minns*
                                            Michael Louis Minns
                                            ***Attorney for Defendant, John Green***

**CERTIFICATE OF SERVICE**

This is to certify that on this the 27th day of August 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

                                            */s/ Ashley Blair Arnett*
                                            Ashley Blair Arnett
                                            ***Attorney for Defendant, John Green***