**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **Criminal Action No.** |
| vs. | § | **3:18-CR-356-S(03)** |
| | § | |
| **JOHN O GREEN** | § | |

## ORDER

By electronic order dated July 16, 2019 (doc. 54), before the Court is *Defendants' Joint Motion to Compel*, filed July 12, 2019 (doc. 50). A hearing concerning the motion was conducted on August 21, 2019, and it was continued until August 28, 2019, to permit *in camera review* of the special agent's report that is the subject of the motion to compel. All parties appeared in person and/or through counsel for one or both hearings. Based on the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion is **DENIED**. The government shall file the report of record, *ex parte* and under seal, for purposes of appellate review.

**SO ORDERED** on this 28th day of August, 2019.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE