UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 3-18-CR-356-S |
| THOMAS D. SELGAS (1)<br>MICHELLE L. SELGAS (2)<br>JOHN O. GREEN (3) | |

## UNITED STATES' EXHIBIT LIST

| Ex | Description of Exhibit | Objections | Admitted |
|---|---|---|---|
| | **IRS Records and Correspondence** | | |
| 1 | 2005 IRS Account Transcript for T. Selgas | | |
| 2 | 2005 IRS Account Transcript for M. Selgas | | |
| 3 | 2005 IRS IRP Data for T. Selgas | | |
| 4 | 2005 IRS IRP Data for M. Selgas | | |
| 5 | 2005 IRS Tax Assessment File for M. Selgas | | |
| 6 | 2005 IRS Tax Assessment File for T. Selgas | | |
| 7 | 2005 IRS TaxMod for T. Selgas | | |
| 8 | 2005 IRS TaxMod for M. Selgas | | |
| 9 | 2005 MyMail Tax Return, Form 1065 (original) | | |
| 10 | 2005 MyMail Tax Return, Form 1065 (amended) | | |
| 11 | 2005 Selgas Tax Statement (from T. Selgas) | | |
| 12 | 2006 to 2009 Selgas Tax Statements (from T. Selgas) | | |
| 13 | 2014 Selgas Tax Statement (from IRS) | | |
| 14 | 2015 Selgas Tax Statement (from IRS) | | |
| 15 | 2012 and 2015 IRS IRP Data for T. Selgas | | |
| 16 | IRS Certification of Lack of Record for 2006 to 2018 and Account Transcripts for T. Selgas | | |
| 17 | IRS Certification of Lack of Record for 2006 to 2018 and Account Transcripts for M. Selgas | | |
| 18 | 1998 to 2001 IRS Account Transcripts for T. Selgas and M. Selgas | | |

| | | | |
|---|---|---|---|
| 19 | 2002 IRS Account Transcripts for T. Selgas | | |
| 20 | IRS Examining Officer's Activity Report for T. Selgas 10/1/2001 to 10/24/2002 | | |
| 21 | 1997 Selgas Form 1040 and IRS Request for Adjustment | | |
| 22 | 1998 Selgas Form 1040 and IRS Request for Adjustment | | |
| 23 | 1999 Selgas Form 1040 and IRS Request for Adjustment and related documents | | |
| 24 | 2000 Selgas Form 1040 (first two pages) and IRS Request for Adjustment | | |
| 25 | 2001 Selgas Form 1040 (first two pages) and IRS Request for Adjustment | | |
| 26 | IRS ICS History Transcript for T. Selgas | | |
| 27a | IRS Notice of Deficiency for M. Selgas (1997, 1998, 1999) | | |
| 27b | IRS Notice of Deficiency for M. Selgas (2000 and 2001) | | |
| 28 | IRS Notice of Deficiency for T. Selgas (2002) | | |
| 29a | IRS Notice of Deficiency for T. Selgas (1997, 1998, 1999) | | |
| 29b | IRS Notice of Deficiency for T. Selgas (2000 and 2001) | | |
| 30 | Correspondence to/from IRS regarding Tax Year 2005 | | |
| 31 | Letter from J. Green dated Feb. 8, 2007 for 2005 | | |
| 32 | IRS Letters dated Nov. 6, 2014 re: IRS Form 9297 | | |
| 33 | IRS Letters dated July 17, 2015 re: IRS Form 9297 | | |
| 34 | IRS Letter 937 to J. Green dated Jan. 27, 2016 | | |
| 35 | IRS Letter 729 to T. Selgas dated Nov. 6, 2014 | | |
| 36 | Letter from J. Green to IRS dated July 20, 2015 | | |
| 37 | Letter from J. Green to IRS dated Sept. 9, 2015 | | |
| 38 | Letter from J. Green to IRS dated Oct. 30, 2015 | | |
| 39 | IRS Letter 937 to J. Green for T. Selgas 2002 taxes dated July 17, 2015 | | |
| 40 | IRS Letter 937 to J. Green for T. Selgas 2002 taxes dated Nov. 6, 2014 | | |
| 41 | IRS Letter 1058A to M. Selgas for 1998 dated Nov. 6, 2014 | | |
| 42 | IRS Letter 3174A to T&M Selgas for 1998-2001 dated July 17, 2015 | | |
| 43 | Notices of Federal Tax Lien dated Oct. 28, 2014 | | |
| 44 | Letter from J. Green re: M. Selgas 1999 tax liability dated Nov. 18, 2011 | | |

| | | | |
|---|---|---|---|
| 45 | Letter from T. Selgas regarding tax liability dated Sept. 29, 2011 | | |
| 46 | IRS Letters to T. Selgas and M. Selgas dated Mar. 21, 2001 regarding their tax positions | | |
| 47 | Unsigned 1997 and 1998 Tax Returns with Affidavits for M. Selgas and T. Selgas | | |
| 48 | Form W-4 for T. Selgas dated Mar. 12, 2002 | | |
| 49 | 1997 IRS Account Transcripts for T. Selgas and M. Selgas | | |
| **Equity Trust Documents** | | | |
| 50 | Summons Response from Equity Trust dated Dec. 3, 2014 | | |
| 51 | Equity Trust -M. Selgas documents | | |
| 52 | Equity Trust - T. Selgas 2008-2011 Transactions and Correspondence | | |
| 53 | Equity Trust - T. Selgas 2012/2013 Transaction and Correspondence | | |
| 54 | Equity Trust - T. Selgas 2014/2015 Transaction and Correspondence | | |
| **J. Green Records** | | | |
| 55 | IRS Certification of Lack of Record for 2000 to 2018 and Account Transcripts for J. Green | | |
| 56 | Green's State Bar License | | |
| **MyMail Related Documents** | | | |
| 57 | IRS Notice to FPAA to TMP, M. Selgas and list of notices | | |
| 58 | MyMail IRS Audit Forms and Work papers | | |
| 59 | MyMail Secretary of State documents | | |
| 60a | Email to G. Summers from B. Derby dated Apr. 7, 2006 discussing revised K-1s | | |
| 60b | Email to G. Summers from B. Derby dated Apr. 4, 2006 re: MyMail 2005 IRS tax return | | |
| 61a | Email to G. Summers from B. Derby dated Mar. 12, 2006 re: MyMail Partnership Return | | |
| 61b | Email to G. Summers from B. Derby dated Feb. 13, 2006 RE: (copying T. Selgas) | | |
| 62 | Email Chain to G. Summers from B. Derby dated Mar. 17, 2011 RE: Transfer of 1% ownership to John Green | | |
| 63 | Email from M. Selgas to G. Summers regarding transfer of Settlement Proceeds | | |
| 64 | G. Summer MyMail 1065 file with supporting documents | | |
| 65 | Letters to partners regarding K-1s for 2005 | | |

| | | | |
|---|---|---|---|
| 66 | Judgment and Opinion from 5th Circuit – MyMail | | |
| 67 | Judgment from U.S. District Court – MyMail | | |
| 68 | US Motion for Summary Judgment in District Court case for MyMail | | |
| 69 | Exhibits to US MSJ in District Court case for MyMail | | |
| 70 | Email from J. Green to MyMail Partners dated Apr. 7, 2006 re: amended K-1s | | |
| 71 | Email from paralegal to L.Osentowski dated Oct. 11, 2006 attaching cover letter for MyMail Amended K-1 | | |
| 72 | Amended MyMail K-1 for PC's and Net's LLC | | |
| 73 | Email from T. Selgas to L.Osentowski dated Mar. 2, 2010 re: MyMail Lawsuit | | |
| 74 | Email from T. Selgas to L.Osentowski dated Jan. 25, 2011 re: McKool Smith Affidavit | | |
| 75 | Email chain between L.Osentowski and lawbug dated July 1, 2010 re: MyMail Lawsuit | | |
| 76 | Email chain between L.Osentowski and lawbug re: CPA infor dated June 18, 2010 | | |
| 77 | Email chain between L.Osentowski and T.Selgas re: MyMail Lawsuit dated June 17, 2010 | | |
| 78 | Email chain between L.Osentowski and T.Selgas dated Mar. 30, 2010 re: Fwd: Additional Info | | |
| 79 | Email between L.Osentowski and J. Green dated Mar. 18, 2010 | | |
| 80 | Email between L.Osentowski and J. Green dated Mar. 2, 2010 | | |
| 81 | Email between L.Osentowski and J. Green dated Feb. 22, 2010 | | |
| 82 | Email between L.Osentowski and T. Selgas dated Feb. 22, 2010 re: Information | | |
| 83 | Email between L.Osentowski and J. Green dated Feb. 22, 2010 re: Information | | |
| 84 | MyMail Petition for Readjustment | | |
| 85 | Notice of Final Partnership Administrative Adjustment | | |
| 86 | MyMail Partnership Agreement | | |
| 87 | MyMail Amended Partnership Agreement | | |
| 88 | Filed MyMail Petition in 6:09-cv-00273 (E.D. Texas) | | |
| **Dillon Gage Records** | | | |
| 89 | Dillon Gage Certificates to T. Selgas | | |
| 90 | Vendor Payment History for 01/01/00 through 12/31/09 (T. Selgas) | | |

| | | | |
|---|---|---|---|
| 91 | Invoice for Richard and JoAnn Bryant Jan. 31, 2008 | | |
| 92 | Email from T. Selgas to I. Fritz dated May 27, 2009 and attachment | | |
| 93 | Transaction History Report Aug. 5, 2009 (T. Selgas) | | |
| 94 | Transactions for T. Selgas | | |
| 95 | Checks from Dillon Gage | | |
| 96 | Vendor Payment History for 01/01/09 through 1/23/10 and transactions | | |
| 97 | Green Transactions | | |
| 98 | Letter from I. Fritz to T. Selgas dated June 12, 2009 | | |
| 99 | Additional Dillon Gage records including later transactions | | |
| **Bank Records** | | | |
| 100 | Amex Costco Card Selgas x1002 Oct. 2002 to Feb. 2009 | | |
| 101 | Amex Costco Card Selgas x1002 Jan. 2009 to Aug. 2011 | | |
| 102 | Amex Costco Card Selgas x1002 May 2009 to May 2016 | | |
| 103 | RESERVED | | |
| 104 | Signature Card for Bank of America x8888 | | |
| 105 | Bank of America Green IOLTA x8888 Dec. 2009 to Sept. 2015 (statements) | | |
| 106 | Bank of America Green IOLTA x8888 (Debits) | | |
| 107 | Bank of America Green IOLTA x8888 (Deposits) | | |
| 108 | Bank of America Green IOLTA x8888  Aug. 2015 to July 2017 (statements) | | |
| 109 | Bank of America Green IOLTA x8888 (Debits) | | |
| 110 | Bank of America Green IOLTA x8888 (Deposits) | | |
| 111 | Select Deposits into x8888 fbo Selgases | | |
| 112 | Select Debits/Checks from x8888 fbo Selgases | | |
| 113 | Select Debits/Checks from x8888 fbo Green | | |
| 114-119 | RESERVED | | |
| 120 | Citi Credit Card x2937 - Statements and Payments Aug 2007 to Feb 2009 | | |
| 121 | Citi Credit Card x2937, x1126, x1812 - Statements May 2009 to June 2015 | | |
| 122 | Citi Credit Card x1812, x7116 - Statements Mar 2015 to Aug. 2017 | | |

| | | | |
|---|---|---|---|
| 123 | Citi Credit Card x2937, x1126, x 1812 - Payments May 2009 to June 2015 | | |
| 124 | Citi Credit Card x1812, x7116 - Payments Mar 2015 to July 2017 | | |
| 125 | Citi Credit Card x0446 - Statements and Payments Jan 2008 to Feb 2009 | | |
| 126 | Citi Credit Card x3286, x4708, x3516, x3383 - Statements May 2009 to June 2015 | | |
| 127 | Citi Credit Card x3383 - Statements Mar 2015 to Aug 2017 | | |
| 128 | Citi Credit Card x3286, x4708, x3383, x3516 - Payments May 2009 to Feb 2015 | | |
| 129 | Citi Credit Card x3383 - Payments Apr. 2015 to May 2017 | | |
| 130 | Citi Credit Card x5763 Application Info | | |
| 131 | Citi Credit Card x5763 - Statements Oct. 2013 to May 2015 | | |
| 132 | Citi Credit Card x5763, x0811,  - Statements Mar 2015 to Aug 2017 | | |
| 133 | Citi Credit Card x5763 - Payments Dec. 2013 to Mar 2015 | | |
| 134 | Citi Credit Card x5763, x0811 - Payments July 2015 to Aug. 2017 | | |
| 135 | Citi Credit Card x6072 Application | | |
| 136 | Citi Credit Card x6072 - Statements May 2009 to May 2015 | | |
| 137 | Citi Credit Card x6072 - Statements Mar 2015 to Aug 2017 | | |
| 138 | Citi Credit Card x6072 - Payments Nov. 2010 to May 2015 | | |
| 139 | Citi Credit Card x6072 - Payments May 2015 to July 2017 | | |
| 140 | Citi Credit Card Sears x6399 Application | | |
| 141 | Citi Credit Card Sears x6399 - Statements for Oct. 2009 to Jan. 2012 | | |
| 142 | Citi Credit Card Sears x6399 - Statements Oct.2015 to Aug. 2017 | | |
| 143 | Citi Credit Card Sears x6399 - Payments | | |
| 144 | Citi Credit Card Sears x6399 - Payments Nov. 2015 to July 2017 | | |
| 145 | Citi Credit Card Costco x1002, x6078- Statements April 2015 to Aug 2017 | | |
| 146 | Citi Credit Card Costco x0678 - Payments Aug. 2016 to July 2017 | | |
| 147 | Select Citi Statements | | |
| 148-149 | RESERVED | | |
| 150 | Chase Credit Card Statements T. Selgas x1294 Jan. 2008 to Dec. 2015 | | |

| | | | |
|---|---|---|---|
| 151 | Chase Convenience Checks x1294 T. Selgas | | |
| 152 | Chase Credit Card Statements T. Selgas x8395 Jan. 2008 to Dec. 2015 | | |
| 153 | Chase Credit Card Statements M. Selgas x3332 Jan. 2008 to Dec. 2015 | | |
| 154 | Chase Convenience Checks x3332 M. Selgas | | |
| 155-159 | RESERVED | | |
| 160 | Compass Bank Green IOLTA x8393 - opening documents | | |
| 161 | Compass Bank Green IOLTA x8393 - statements Dec. 2009-Feb.2011, wires and debits | | |
| 162 | Compass Bank Green IOLTA x8393 - debits/checks | | |
| 163 | Compass Bank Green IOLTA x8393 - Payment Research Report | | |
| 164 | Compass Bank Green IOLTA x8393 - statements Dec. 2009 - Feb. 2014 | | |
| 165-168 | RESERVED | | |
| 169 | Community Credit Union Statements x5140 for 2005 | | |
| 170 | View Point Bank Selgas x5140 - Statements, Debits and Credits Jan. 2006 to Feb. 2009 | | |
| 171 | View Point Bank Selgas x5140 - Statements, Debits and Credits Mar 2009 to Oct. 2010 | | |
| 172 | RESERVED | | |
| 173 | Wells Fargo MyMail x0501 – Statements Jan. 2003 to May 2006 | | |
| 174 | Wells Fargo MyMail x0501 – September 2005 Statement | | |
| 175 | Wachovia Green IOLTA x0758 - Signature Card/Application dated 8/24/2007 | | |
| 176 | Wachovia Green IOLTA x0758 - Statements Aug. 2007 to May 2009 | | |
| 177 | Wachovia Green IOLTA x0758 - Checks/Debits Aug. 2007 to May 2009 | | |
| 178 | Wachovia Green IOLTA x0758 - Deposits Aug. 2007 to May 2009 | | |
| 179 | Wachovia Green IOLTA x0758 - Statements May 2009 to Feb. 2012 | | |
| 180 | Transfers | | |
| 181 | Wachovia Green IOLTA x1118 - Signature Card | | |
| 182 | Wachovia Green IOLTA x1118 - Statements Mar 2008 to May 2009 | | |

| | | | |
|---|---|---|---|
| 183 | Wachovia Green IOLTA x1118 - Statements May 2009 to Mar 2012 | | |
| 184 | Wachovia Green IOLTA x1710 - Signature Card | | |
| 185 | Wachovia Green IOLTA x1710 - Statements June 2009 to Mar 2012 | | |
| 186 | Wachovia MyMail x8368 - Statement and transaction report Dec. 2005 | | |
| 187 | Wells Fargo MyMail x3015 - Statements Aug 2011-July 2017 | | |
| 188 | Select Wachovia Deposits | | |
| 189 | Select Wachovia Checks/Debits | | |
| **Other Third Party Financial Documents and Correspondence** | | | |
| 190 | Volkswagen Credit, Inc. Documents | | |
| 191a | Letter from Community Credit Union to T. Selgas dated August 22, 2000 | | |
| 191b | Letter from Community Credit Union to T. Selgas dated April 17, 2000 | | |
| 191c | Letter from Charles Schwab to T. Selgas dated August 31, 2000 | | |
| 191d | Notice of Underreporting Income to IRS from Charles Schwab to T. Selgas dated April 10, 2000 | | |
| 191e | Letter from Federated to T. Selgas dated August 16, 2000 | | |
| 191f | Letter from Federated to T. Selgas dated April 28, 2000 | | |
| **Garland Property - Documents and Correspondence** | | | |
| 192 | Sale of Garland House – Documents from Republic Title | | |
| 193 | Email from T. Selgas to J. Green dated Jan. 27, 2009 re: Wire Instructions for Final Lawful Money Payment | | |
| 194 | Escrow Sheet for Garland Property Closing Oct. 27, 2009 | | |
| 195 | RESERVED | | |
| **Athens Property - Documents and Correspondence** | | | |
| 196 | Trinity Valley Electric Company Records | | |
| 197 | RESERVED | | |
| 198 | Henderson County Land Records | | |
| 199 | RESERVED | | |
| 200 | Henderson County Appraisal Records from Appeal | | |
| 201 | Henderson County Appraisal Notice of Protest and related docs (2010) | | |

| | | | |
|---|---|---|---|
| 202 | Henderson County Appraisal Notice of Protest and related docs (2012) | | |
| 203 | Emails dated Jan. 14, 2008 from T. Selgas re: Purchase of Athens | | |
| 204 | Email dated Jan. 14, 2008 from M. Belcher regarding sale | | |
| 205 | Email dated Jan. 17, 2008 from belchermelody@aol to james@quimanrealtytx Re: recap | | |
| 206 | Email chain dated Jan. 29, 2008 james@quitmanrealtytx and belchermelody@aol | | |
| 207 | Email chain dated Jan. 22, 2008 james@quitmanrealtytx and belchermelody@aol | | |
| 208 | Email chain dated Jan. 30, 2008 belchermelody@aol and james@quitmanrealtytx | | |
| 209 | Deed and related documents | | |
| 210 | Farm and Ranch Contract (from Title Company) | | |
| 211 | Payment Information for Athens Property | | |
| 212 | Athens Real Estate Closing Documents | | |
| 213 | Exhibits A and B to Farm and Ranch Contract | | |
| 214 | Farm and Ranch Contract (from J. Bryant) | | |
| 215 | Email dated Dec. 7, 2007 from james@quitmanrealtytx to belchermelody re: Structural Engineer | | |
| 216 | Email dated Oct. 25, 2007 from michelle@mymail to sales@thecountryconneciton | | |
| 217-219 | RESERVED | | |
| **Tax Court Documents** | | | |
| 220 | M. Selgas Tax Court Petition for 1997 to 2001 (Dkt.18495) | | |
| 221 | Reply filed by M. Selgas (Dkt.18495) | | |
| 222 | Respondent's Motion for Summary Judgment (Dkt.18495) | | |
| 223 | Petitioners Objection to Cross Motion for Summary Judgment (Dkt.18495) | | |
| 224 | M. Selgas Tax Court Order of Dismissal and Decision (Dkt. 18495) | | |
| 225 | Transcript of Proceeds (Hearing on MSJ) (Dkt. 18495) | | |
| 226 | Entry of Appearance of J. Green (Dkt. 18495) | | |
| 227 | 5th Circuit Affirmation of Tax Court Decision | | |
| 228 | Tax Court Docket Sheet for Dkt. 18495 | | |
| 229 | RESERVED | | |

| | | | |
|---|---|---|---|
| 230 | T. Selgas Tax Court Petition for 2002 (Dkt.23425) | | |
| 231 | Answer by IRS (Dkt.23425) | | |
| 232 | T. Selgas Motion for Summary Judgment (Dkt.23425) | | |
| 233 | Respondent's Objection to Petitioner's Motion for Summary Judgment (Dkt.23425) | | |
| 234 | Transcript of Proceeds 11/2/2005 (Dkt. 23425) | | |
| 235 | Decision (Dkt.23425) | | |
| 236 | Green Entry of Appearance (Dkt.23425) | | |
| 237 | Notice of Appeal (Dkt.23425) | | |
| 238 | 5th Circuit Opinion Affirming Tax Court Decision for Dkt. 23425 | | |
| 239 | 5th Circuit Judgment - Appeal from Tax Court 23425 | | |
| 240 | Stipulation (Dkt.23425) | | |
| 241 | Tax Court Docket Sheet for Dkt.23425 | | |
| 242-248 | RESERVED | | |
| 249 | Tax Court Docket Sheet for Dkt.9188 | | |
| 250 | T. Selgas Motion to Supplement Pleadings (Dkt.9188) | | |
| 251 | Decision and Dismissal (Dkt.9188) | | |
| 252-257 | RESERVED | | |
| **Additional Documents Found at ARL** | | | |
| 258 | IRS Letters to T. Selgas and M. Selgas dated Nov. 28, 2001 | | |
| 259 | IRS Letter to T. Selgas dated Feb. 12, 2002 | | |
| 260 | ARL Copy of Folder for Client 82 - Selgas | | |
| **Business Record Certifications** | | | |
| 261 | Business Record Certifications for Citibank, N.A. | | |
| 262 | Business Record Certifications for Dillon Gage | | |
| 263 | Business Record Certifications for Bank of America | | |
| 264 | Business Record Certifications for Wells Fargo | | |
| 265 | Business Record Certifications for View Point Bank | | |
| 266 | Business Record Certifications for American Express | | |
| 267 | Business Record Certifications for VW Credit, Inc. | | |
| 268 | Business Record Certifications for BBVA Compass | | |

| | | | |
|---|---|---|---|
| 269 | Business Record Certifications for Equity Trust | | |
| 270 | Business Record Certifications for Chase Bank USA, N.A. | | |
| 271 | Business Record Certifications For Republic Title of Texas | | |
| 272 | Business Record Certifications for United Country – The Country Connection | | |
| 273 | Business Record Certification for Trinity Valley Electric Cooperative | | |
| 274 | Business Record Certification for Infinite Title Solutions, LLC | | |
| 275-299 | RESERVED | | |
| **Summaries** | | | |
| 300 | Summary of Deposits from T. and M. Selgas into J. Green's IOLTA | | |
| 301 | Summary of Withdrawals from J. Green's IOLTA for the benefit of T. and M. Selgas | | |
| 302 | Wachovia - Deposits from T. and M. Selgas to J. Green's IOLTA | | |
| 303 | Wachovia – Withdrawals from J. Green's IOLTA for the benefit of T. and M. Selgas | | |
| 304 | Compass – Withdrawals from J. Green's IOLTA for the benefit of T. and M. Selgas | | |
| 305 | Bank of America – Deposits from T. and M. Selgas to J. Green's IOTLA | | |
| 306 | Bank of America – Withdrawals from J. Green's IOLTA for the benefit of T. and M. Selgas | | |
| 307 | Bank of America - Withdrawals from J. Green's IOLTA for the benefit of J. or E. Green | | |
| 308 | Summary of Tax Due and Owing for years 1998 -2002 and 2005 | | |
| 309 | Summary of Dillon Gage Transactions | | |
| 310 | 2005 Tax Loss Calculation for T. Selgas - Revenue Agent's Report | | |
| 311 | 2005 Tax Loss Calculation for M. Selgas - Revenue Agent's Report | | |

Dated: September 9, 2019

>Respectfully Submitted,
>ERIN NEALY COX
>UNITED STATES ATTORNEY
>
>*/s/ Mara A. Strier*
By:  ROBERT A. KEMINS
>Massachusetts Bar No. 267330
>Trial Attorney
>U.S. Dept. of Justice, Tax Division
>717 N. Harwood, Ste. # 400
>Dallas, TX 75201
>(214) 880-9781
>Robert.A.Kemins@usdoj.gov
>
>MARA A. STRIER
>Florida Bar No. 644234
>Trial Attorney
>U.S. Dept. of Justice, Tax Division
>150 M Street, NE
>Mail Stop: 1.1505
>Washington, DC 20002
>(202) 514-5886
>Mara.A.Strier@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2019, the foregoing document was filed using ECF, which will notify all counsel of record.

>*/s/ Mara Strier*
>Mara Strier
>Trial Attorney
>Tax Division, United States Department of Justice

12