UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 3-18-CR-356-S |
| THOMAS D. SELGAS (1)<br>MICHELLE L. SELGAS (2)<br>JOHN O. GREEN (3) | |

**United States' Witness List**

| | Witness Name | Description of Anticipated Testimony |
|---|---|---|
| | | **Probable** |
| 1 | Steven Dickson | • IRS Records Custodian<br>• Introduce IRS records |
| 2 | Bill Jackson<br>1751 Enterprise Street<br>Athens, Texas 75751 | • Henderson County Appraisal's Office<br>• Introduce and describe documents from Henderson County Appraisal's Office and related proceedings |
| 3 | Bank of America Rep<br>43 Butterfield Circle<br>El Paso, Texas 79906 | • Introduce and describe bank records |
| 4 | Volkswagen Representative<br>211 East 7th Street<br>Austin, Texas 78701 | • Introduce and describe loan documents and transactions |
| 5 | Equity Trust Representative<br>1 Equity Way<br>Westlake, Texas 44145 | • Introduce and describe Individual Retirement Account (IRA) records, transactions and correspondence |
| 6 | Cameron Lalli | • Former IRS Special Agent<br>• Introduce and describe documents from American Rights Litigator (ARL) search |
| 7 | Jonathan Daniels | • IRS Revenue Officer<br>• Describe IRS collection actions |

| 8 | Deborah Simmons | <ul><li>IRS Revenue Agent</li><li>Introduce summaries</li><li>Explain tax due</li></ul> |
|---|---|---|
| 9 | Ira Fritz<br>15301 Dallas Pkwy<br>Addison, Texas 75001 | <ul><li>Introduce and describe Dillon Gage records, transactions, and correspondence</li></ul> |
| 10 | Gary Summers<br>San Angelo, Texas 76902 | <ul><li>MyMail Accountant</li><li>Describe MyMail, settlement, and tax returns</li></ul> |
| 11 | Lucien Osentowski<br>McKinney, Texas 75072 | <ul><li>Former MyMail partner</li><li>Introduce and describe documents and correspondence related to MyMail</li></ul> |
| 12 | Joann Wilson<br>Athens, Texas 75752 | <ul><li>Seller of Athens property</li><li>Discuss sale of Athens property</li></ul> |
| 13 | James Hicks<br>Quitman, Texas 75783 | <ul><li>Realtor in the sale of the Athens Property</li><li>Discuss purchase of Athens property</li></ul> |
| 14 | Matthew Hausenfluke<br>Dallas, Texas 75243 | <ul><li>Purchaser of the Garland Property</li><li>Discuss purchase of Garland Property</li></ul> |
| | **Possible** ||
| 15 | Tax Court Records Custodian | |
| 16 | Stephanie Byrd, IRS Special Agent | |
| | **Expert** ||
| 17 | James Ehler, State Bar of Texas | |
| | **Records Custodians** ||
| 18 | Citibank, N.A. Representative | |
| 19 | American Express Records Custodian | |
| 20 | Chase Bank Records Custodian | |
| 21 | Compass Bank Records Custodian | |
| 22 | View Point Bank Records Custodian | |

|    |                                                        |
|----|--------------------------------------------------------|
| 23 | Wells Fargo Records Custodian                          |
| 24 | Republic Title Records Custodian                       |
| 25 | Trinity Valley Electric Company Records Custodian      |
| 26 | Henderson County, Clerk of the Court, Records Custodian|
| 27 | Infinite Title Solutions Records Custodian             |

        Respectfully Submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY


        */s/ Mara A. Strier*
By:   ROBERT A. KEMINS
        Massachusetts Bar No. 267330
        Trial Attorney
        U.S. Dept. of Justice, Tax Division
        717 N. Harwood, Ste. # 400
        Dallas, TX 75201
        (214) 880-9781
        Robert.A.Kemins@usdoj.gov

        MARA A. STRIER
        Florida Bar No. 644234
        Trial Attorney
        U.S. Dept. of Justice, Tax Division
        150 M Street, NE
        Mail Stop: 1.1505
        Washington, DC 20002
        (202) 514-5886
        Mara.A.Strier@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2019, the foregoing document was filed using ECF, which will notify all counsel of record.

> */s/ Mara Strier*
> Mara Strier
> Trial Attorney
> Tax Division, United States Department of Justice