UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Case 3-18-cr-356-S |
| v. | § § | |
| THOMAS D. SELGAS (1)<br>MICHELLE L. SELGAS (2)<br>JOHN GREEN (3) | § § § | |

## WITNESS LIST

1. Armando Garza
2. Steve Parinello
3. Elizabeth Hodge
4. Donald J. Gary
5. Joanna Swords
6. Marc Eberlein
7. Karon Connelly
8. Dr. George Glass, expert
9. Judge Morris Overstreet, expert
10. John Green- reserve the right to call
11. Special Agent Stephanie Byrd

Defense reserves right to call anyone listed on the Government's witness list.

Respectfully submitted on September 9, 2019.

MINNS & ARNETT

*/s/ Michael Louis Minns*
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett

**Page 1 of 2**

        State Bar No. 24064833
        ashley@minnslaw.com
        9119 S. Gessner, Suite 1
        Houston, Texas 77074
        Telephone: (713) 777-0772
        Telecopy: (713) 777-0453
        ***Attorneys for John Green***

## CERTIFICATE OF SERVICE

This is to certify that on this the 9th day of September 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

        */s/ Ashley Blair Arnett*
        Ashley Blair Arnett
        ***Attorney for Defendant, John Green***