UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
|---|---|---|
| | § | |
| v. | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| MICHELLE L. SELGAS (2) | § | |
| JOHN GREEN (3) | § | |

# EXHIBIT LIST

John Green, through his counsel of record, hereby submits his initial exhibit list.

| Ex. No. | Date Offered | Admitted | Description |
|---|---|---|---|
| | | | |
| 1 | | | 31 USC 5101 |
| 2 | | | 31 USC 5102 |
| 3 | | | 31 USC 5103 |
| 4 | | | 31 USC 5111 |
| 5 | | | 31 USC 5112 |
| 6 | | | 31 USC 5113 |
| 7 | | | 31 USC 5116 |
| 8 | | | 31 USC 5117 |
| 9 | | | 31 USC 5118 |
| 10 | | | 31 USC 5119 |
| 11 | | | 31 USC 5121 |
| 12 | | | 31 USC 5122 |
| 13 | | | 31 USC 5133 |
| 14 | | | 31 USC 5134 |
| 15 | | | 31 USC 5135 |
| 16 | | | 31 USC 5136 |
| 17 | | | 26 USC 6331 |
| 18 | | | 26 USC 6321 |
| 19 | | | 26 USC 6151 |
| 20 | | | 26 USC 6072 |
| 21 | | | 26 USC 6012 |

| 22 | | | 26 USC 6011 |
|---|---|---|---|
| 23 | | | 26 USC 6001 |
| 24 | | | 26 USC 5005 |
| 25 | | | 26 USC 5001 |
| 26 | | | 26 USC 1461 |
| 27 | | | 26 USC 1011 |
| 28 | | | 26 USC 1001 |
| 29 | | | 26 USC 64 |
| 30 | | | 26 USC 63 |
| 31 | | | 26 USC 61 |
| 32 | | | 26 USC 1 |
| 33 | | | 26 CFR 1.1-1 |
| 34 | | | 26 CFR 1.86108T |
| 35 | | | 26 CFR 1.1441 |
| 36 | | | 12 USC 354 |
| 37 | | | 12 USC 411 |
| 38 | | | 12 USC 467 |
| 39 | | | 26 CFR 1.6091-1 |
| 40 | | | IRM 4.2.2.4 (10-01-2003) |
| 41 | | | 89 Congressional Record 2579-80 (1943) |
| 42 | | | House Congressional Record, June 13, 1967 (page 15641) |
| 43 | | | Privacy Act Notice |
| 44 | | | Treasury Decision 8734 |
| 45 | | | Revenue Ruling 2005-59 |
| 46 | | | *A.L.A. Schechter Poultry Corp. v. US*, 295 U.S. 495 (1935) |
| 47 | | | *Adams v. Tanner*, 244 U.S. 590 (1917) |
| 48 | | | *Allgeyer v. Louisiana*, 165 U.S. 578 (1897) |
| 49 | | | *Am. Fur Co. v. US,* 2 Pet. 358 |
| 50 | | | *American Telephone & Telegraph Co. v. US*, 299 U.S. 232 (1936) |
| 51 | | | *Arbaugh v. Y & H Corp.*, 546 U.S. 500 (2006) |
| 52 | | | *Bank v. Supervisors,* 74 U.S. 7 Wall. 26 26 (1868) |
| 53 | | | *Bank of The US v. Bank of Georgia,* 23 U.S. 10 Wheat. 333 333 (1825) |
| 54 | | | *Baral v. US*, 528 U.S. 431, 120 S.Ct. 1006, 145 L.Ed.2d 949 (2000) |
| 55 | | | *Boeing Co. v. US*, 537 U.S. 437 (2003) |
| 56 | | | *Bond v. US,* 134 S.Ct. 2077 (U.S. 6-2-2014) |
| 57 | | | *Boyd v. US*, 116 U.S. 616 (1886) |
| 58 | | | *Brown v. Louisiana*, 447 U.S. 323 (1980) |
| 59 | | | *Brushaber v. Union Pac. R.R.,* 240 U.S. 1 (1916) 36 S.Ct. 236 |
| 60 | | | *Burnet v. Brooks*, 288 U.S. 378 (1933) |
| 61 | | | *Butchers' Union Co. v. Crescent City Co.*, 111 U.S. 746 (1884) 4 S.Ct. 652 |
| 62 | | | *California Bankers Association v. Shultz,* 416 U.S. 21 (1974) |
| 63 | | | *Central Laborers' Pension Fund v. Heinz*, 541 U.S. 739 (2004) |

| 64 | | | *Chevron USA v. Natural Res. Def. Council,* 467 U.S. 837 (1984) |
|---|---|---|---|
| 65 | | | Child Labor Tax Case 259 U.S. 20 (1922) |
| 66 | | | *Chrysler Corp. v. Brown*, 441 U.S. 281 (1979) 99 S.Ct. 1705 |
| 67 | | | *Commissioner v. Glenshaw Glass Co.,* 348 U.S. 426 (1955) 75 S.Ct. 473 |
| 68 | | | *Commissioner v. Kowalski*, 434 U.S. 77 (1977) 98 S.Ct. 315 |
| 69 | | | *Connally v. General Construction Co.,* 269 U.S. 385 (1926) |
| 70 | | | *Crane v. Kentucky*, 476 U.S. 683 (1986) |
| 71 | | | Crummey v. Klien |
| 72 | | | Crummey v. Klien (5th Cir) |
| 73 | | | *Dist. of Columbia v. Murphy*, 314 U.S. 441 (1941) |
| 74 | | | *Dixon v. Commissioner*, 141 T.C. 173 (T.C. 9-3-2013) |
| 75 | | | *Doyle v. Mitchell Brothers Co.,* 247 U.S. 179 (1918) 38 S.Ct. 467 |
| 76 | | | *Duncan v. Walker*, 533 U.S. 167 (2001) |
| 77 | | | *Economy Plumbing and Heating v. United States*, 470 F.2d 585 (1972) |
| 78 | | | *Eisner v. Macomber*, 252 U.S. 189 (1920) 40 S.Ct. 189 |
| 79 | | | *Farrington v. Tennessee,* 95 U.S. 679 (1877) |
| 80 | | | *Federal Crop Ins. Corp. v. Merrill,* 332 U.S. 380 |
| 81 | | | *Flint v. Stone Tracy Co*., 220 U.S. 107 (1911) 31 S.Ct. 342 |
| 82 | | | *Follett v. McCormick,* 321 U.S. 573 (1944) 64 S.Ct. 717 |
| 83 | | | *Gould v. Gould,* 245 U.S. 151 (1917) 38 S.Ct. 53 |
| 84 | | | *Grosjean v. American Press Co.,* 297 U.S. 233 (1936) 56 S.Ct. 444 |
| 85 | | | *Haas v. Henkel,* 216 U.S. 462 (1910) |
| 86 | | | *Harper v. Virginia Cd. Of Elections,* 383 U.S. 663 (1966) 86 S.Ct. 1079 |
| 87 | | | *Helvering v. Gregory*, 69 F.2d 809 (2d Cir. 1934) |
| 88 | | | *Hill v. Wallace*, 259 U.S. 44 (1922) 42 S.Ct. 453 |
| 89 | | | *Hylton v. US*, 3 U.S. 171 (1796) |
| 90 | | | *Ingram v. US,* 360 U.S. 672, 79 S.Ct. 1314, 3 L.Ed.2d 1503 (1959 |
| 91 | | | *Jack Cole Co. v. MacFarland,* 206 Tenn. 694 (1960) 337 S.W.2d 453 |
| 92 | | | Jamaica Avenue v. S & R Playhouse Realty |
| 93 | | | *Knight v. Commissioner*, 552 U.S. 181, 128 S.Ct. 782, 785, 169 L.Ed.2d 652 (2008) |
| 94 | | | *Knox v. Lee*, 79 U.S. 12 Wall. 457 457 (1870) |
| 95 | | | *LaTourette v. McMaster*, 248 U.S. 465 (1919) |
| 96 | | | *Leavell v. Blades, 237 Mo. 695, 700-701, 141 S. W. 893, 894 (1911)* |
| 97 | | | License Tax Cases, 72 U.S. 462 (1866) |
| 98 | | | *Massachusetts Bd. Of Retirement v. Murgia*, 427 U.S. 307 (1976) 96 S.Ct. 2562 |
| 99 | | | *Maxwell v. Dow*, 176 U.S. 581 (1900) |
| 100 | | | *McCulloch v. Maryland,* 17 U.S. 316 (1819) |
| 101 | | | *Meyer v. Nebraska*, 262 U.S. 390 (1923) 43 S.Ct. 625 |
| 102 | | | *Mississippi Choctaw Indian Band v. Holyfield*, 490 U.S. 30, 48 |

| | | | |
|---|---|---|---|
| | | | (1989) |
| 103 | | | *Mitchell v. US,* 88 U.S. 350 (1874) |
| 104 | | | *Morales v. Trans World Airlines, Inc.*, 504 U.S. 374 (1992) |
| 105 | | | *Morton v. Ruiz*, 415 U.S. 199 (1974) |
| 106 | | | *Mullane v. Central Hanover,* 339 U.S. 306, 70 S.Ct. 652, 94 L.Ed. 865 |
| 107 | | | *Murdock v. Pennsylvania,* 319 U.S. 105 (1943) 63 S.Ct. 870 |
| 108 | | | *Northern Pipeline Co. v. Marathon Pipeline Co.,* 458 U.S. 50 (1982) |
| 109 | | | *Old Colony Tr. Co. v. Comm'r Int. Rev.*, 279 U.S. 716 (1929) |
| 110 | | | *Peck & Co. v. Lowe,* 247 U.S. 165 (1918) 38 S.Ct. 432 |
| 111 | | | *Perry v. US,* 294 U.S. 330 (1935) |
| 112 | | | McReynolds Dissent – Perry v. US |
| 113 | | | *Phillips v. Washington Legal Foundation*, 524 U.S. 156 (1998) |
| 114 | | | *Phoenix Bank v. Risley*, 111 U.S. 125 (1884) |
| 115 | | | *Pollock v. Farmers' Loan & Trust Co.,* 157 U.S. 429 (1895) 15 S.Ct. 673 |
| 116 | | | *Powell v. Pennsylvania*, 127 U.S. 678 (1888) |
| 117 | | | *Printz v. US,* 521 U.S. 898 (1997) |
| 118 | | | *Railroad Retirement Board v. Alton R. Co.,* 295 U.S. 330 (1935) |
| 119 | | | *Railroad Trainmen v. B. & O.R. Co.,* 331 U.S. 519 (1947) |
| 120 | | | *Rhode Island v. Massachusetts*, 37 U.S. 657, 9 L.Ed. 1233 (1838) |
| 121 | | | *Schlesinger v. Wisconsin*, 270 U.S. 230 (1926) |
| 122 | | | *Sgeigleder v. McQuesten,* 198 US 141 |
| 123 | | | *Shaffer v. Carter,* 252 U.S. 37, 40 S.Ct. 221 (1920) |
| 124 | | | *Shaw v. US*, 580 U.S. ___ (2016) |
| 125 | | | *Smith v. Texas*, 233 U.S. 630, 34 S.Ct. 681 (1914) |
| 126 | | | *Solid Waste Agency, Nor. Cook Cty. V. US,* 531 U.S. 159 (2001) |
| 127 | | | *Southern Pacific Co. v. Lowe*, 247 U.S. 330 (1918) 38 S.Ct. 540 |
| 128 | | | *Sprint Communications, Inc. v. Jacobs,* 134 S.Ct. 584 (U.S. 12-10-2013) |
| 129 | | | *Stanton v. Baltic Mining Co.*, 240 U.S. 103 (1916) 36 S.Ct. 278 |
| 130 | | | *Steigleder v. McQuesten*, 198 U.S. 141 (1905) |
| 131 | | | *Stratton's Independence v. Howbert,* 231 U.S. 399 (1913) 34 S.Ct. 136 |
| 132 | | | *Suydam v. Williamson*, 65 U.S. 427 (1860) |
| 133 | | | *Thompson v. Butler*, 95 U.S. 694 (1877) |
| 134 | | | *Towne v. Eisner*, 245 U.S. 418 (1918) 38 S.Ct. 158 |
| 135 | | | *Travis v. Yale & Towne Mgf. Co.*, 252 U.S. 60 (1920) |
| 136 | | | *Truax v. Raich*, 239 U.S. 33 (1915) 36 S.Ct. 7 |
| 137 | | | *Turner v. Williams*, 194 U.S. 279 (1904) |
| 138 | | | *United Dominion Industries v. US,* 532 U.S. 822 (2001) |
| 139 | | | *Utah Power & Light Co. v. United States*, 243 U.S. 389 |
| 140 | | | *US v. Butler,* 297 U.S. 1 (1936) |
| 141 | | | *US v. Calamaro,* 354 U.S. 351 (1957) 77 S.Ct. 1138 |

| 142 | | | *US v. Griffin*, 303 U.S. 226 (1938) |
|---|---|---|---|
| 143 | | | *US v. James Daniel Good Real Property,* 510 U.S. 43 (1993) |
| 144 | | | *US v. Lacher,* 134 U.S. 624 (1890) |
| 145 | | | *US v. Lankford,* 955 F2d 1545 |
| 146 | | | *US v. Marigold,* 50 U.S. 560 (1850) |
| 147 | | | *US v. Merriam,* 263 U.S. 179 (1923) 44 S.Ct. 69 |
| 148 | | | *US v. Miller,* 425 U.S. 435, 96 S.Ct. 1619 (1976) |
| 149 | | | *US v. Stewart,* 311 US 60 |
| 150 | | | *Universal Camera Corp. v. Labor Bd.,* 340 U.S. 474 (1951) |
| 151 | | | *Varity Corp v. Howe*, 516 U.S. 489 (1996) |
| 152 | | | *Vlandis v. Kline*, 412 U.S. 441, 93 S.Ct. 2230 (1973) |
| 153 | | | *Voss v. C.I.R.*, 796 F.3D 1051 (9TH CIR., 2015) |
| 154 | | | *Water Quality Ass'n v. US,* 795 F.2d 1303 (7th Cir. 1986) |
| 155 | | | *Yick Wo v. Hopkins*, 118 U.S. 356 (1886) 6 S.Ct. 1064 |
| 156 | | | 1995_Overpayment_Penalized |
| 157 | | | 1997 1040 SF 83 |
| 158 | | | 2004 Form 1040 SF 83 |
| 159 | | | 2005 Form 1040 SF 83 |
| 160 | | | 2005 US Mint Annual Report |
| 161 | | | 2006 US Mint Annual Report |
| 162 | | | ADP & IDRS Info – 2003 Edition |
| 163 | | | Excerpt from Gold Commission Report to Congress Volume 2 |
| 164 | | | Federal Register |
| 165 | | | Gold Commission_Report Volume_1 |
| 166 | | | Blouch Income Tax |
| 167 | | | |
| 168 | | | IRM 5.1 |
| 169 | | | Revenue Ruling January 22, 2004 |
| 170 | | | |
| 171 | | | |
| 172 | | | *New York ex rel. Bank of New York v. Board of Supervisors*, 74 U.S. 26 (1869) |
| 173 | | | *Bronson v. Rodes*, 74 U.S. 229, 251-252 (1869) |
| 174 | | | *Butler v. Horowitz*, 74 U.S. 258 (1869) |
| 175 | | | *Clement National Bank v. Vermont*, 231 U.S. 120, 134 (1913) |
| 176 | | | Income Tax AS Inflation Control |
| 177 | | | *Gardner v. Chicago Title & Trust Company*, 261 U.S. 453, 456 (1923) |
| 178 | | | Texas Property Tax Code at Title 1, Section 1.04(6) |
| 179 | | | 26 USC 7701 |
| 180 | | | 26 USC 6211(a) |
| 181 | | | |
| 182 | | | IRS Processing Codes & Info – 2013 Edition |
| 183 | | | John Snow – Internal Revenue Code: Incomprehensible Statement |

| | | | |
|---|---|---|---|
| 184 | | | John Snow Senate Testimony |
| 185 | | | McReynolds 'The Constitution is Gon' 1 |
| 186 | | | McReynolds 'The Constitution is Gone' 2 |
| 187 | | | Mitchell Calculation Form |
| 188 | | | Pieces of Eight 1st Edition |
| 189 | | | Pieces of Eight Vol. 1 |
| 190 | | | Pieces of Eight Vol. 2 |
| 191 | | | Secretary Snow – Tax Code Incomprehensible |
| 192 | | | Secretary of the Treasury, John W. Snow |
| 193 | | | Secretary Snow Admits US Tax Code is Incomprehensible Asks, Now What |
| 194 | | | Snow Say Current Tax Code Incomprehensible |
| 195 | | | SSA Social Security Number Not Required |
| 196 | | | 26 USC 6081 |
| 197 | | | Penn Gazette 1 |
| 198 | | | Penn Gazette 2 |
| 199 | | | Penn Gazette 3 |
| 200 | | | Penn Gazette 4 |
| 201 | | | Uncertainty of the Federal Tax Laws |
| 202 | | | USA-035530 |
| 203 | | | US code – Positive Law Codification |
| 204 | | | US code – Title 26 be liable |
| 205 | | | US code – Title 26 is liable |
| 206 | | | US code – Title 26 Front Matter |
| 207 | | | Motion to Dismiss for Lack of Jurisdiction |
| 208 | | | 26 CFR 1.6081-5 |
| 209 | | | What the President Should Know 1999 |
| 210 | | | Who is Liable IRC Notes |
| 211 | | | Who is Liable Search Exercise |
| 212 | | | Taxpayer Bill of Rights |
| 213 | | | US Tax Code |
| 214 | | | Freedom to Fascism |
| 215 | | | Interest 1997 Tax |
| 216 | | | Interest 1998 Tax |
| 217 | | | Interest 1999 Tax |
| 218 | | | Interest 2000 Tax |
| 219 | | | Church 1997T |
| 220 | | | Church 1998 T |
| 221 | | | Church 1999T |
| 222 | | | Church 200T |
| 223 | | | ChurchDetail 2000 |
| 224 | | | DOJ website 5 USC 552 |
| 225 | | | 5 USC 552 |
| 226 | | | 26 CFR 601 |

Defense reserves right to amend his exhibit list.

Respectfully submitted on September 9, 2019.

        MINNS & ARNETT

        */s/ Michael Louis Minns*
        Michael Louis Minns
        State Bar No. 14184300
        mike@minnslaw.com
        Ashley Blair Arnett
        State Bar No. 24064833
        ashley@minnslaw.com
        9119 S. Gessner, Suite 1
        Houston, Texas 77074
        Telephone: (713) 777-0772
        Telecopy: (713) 777-0453
        **Attorneys for John Green**

## CERTIFICATE OF SERVICE

This is to certify that on this the 9th day of September 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

        */s/ Ashley Blair Arnett*
        Ashley Blair Arnett
        **Attorney for Defendant, John Green**