UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3-18-CR-356-S |
| THOMAS D. SELGAS (1)<br>MICHELLE L. SELGAS (2)<br>JOHN O. GREEN (3) | |

United States' Trial Statement

Pursuant to the Court's Pretrial Order (Doc. 23), the United States, through undersigned counsel, files this statement.

(a) The Government estimates that the length of trial will be five days;

(b) The parties have stated that they will be ready for trial on September 23, 2019;

(c) There are no known scheduling conflicts during the trial docket; and

(d) There are no known additional matters other than as stated in the Government's trial brief and pending motion *in limine.*

Respectfully Submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

By: /s/ Mara A. Strier
ROBERT A. KEMINS
Massachusetts Bar No. 267330
Trial Attorney
U.S. Dept. of Justice, Tax Division
717 N. Harwood, Ste. # 400
Dallas, TX 75201
(214) 880-9781
Robert.A.Kemins@usdoj.gov

MARA A. STRIER
Florida Bar No. 644234
Trial Attorney
U.S. Dept. of Justice, Tax Division
150 M Street, NE
Mail Stop: 1.1505
Washington, DC 20002
(202) 514-5886
Mara.A.Strier@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2019, the foregoing document was filed using ECF, which will notify all counsel of record.

/s/ Mara Strier
Mara Strier
Trial Attorney
Tax Division, United States Department of Justice