UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
|---|---|---|
| | § | |
| v. | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| MICHELLE L. SELGAS (2) | § | |
| JOHN GREEN (3) | § | |

# FIRST AMENDED EXHIBIT LIST

John Green, through his counsel of record, hereby submits his amended exhibit list.

| Ex. No. | Date Offered | Admitted | Description |
|---|---|---|---|
| | | | |
| 1 | | | ECF 36 – Order Modifying Conditions of Release (GREEN_008032-08033) |
| 2 | | | Order of Dismissal for Lack of Jurisdiction Docket No. 10164-12 (GREEN_008034-008035) |
| 3 | | | Respondent's Motion to Dismiss for Lack of Jurisdiction Docket No. 15077-19 (GREEN_008036-008039) |
| 4 | | | Respondent's Answer Docket No. 15077-19 (GREEN_008040-008043) |
| 5 | | | Fraud Development Recommendation – Examination (DOJ 00258-DOJ 00260) |
| 6 | | | Taxpayer Bill of Rights (GREEN_06396) |
| 7 | | | Freedom to Fascism |
| 8 | | | Judge Overstreet CV (GREEN_008044-008045) |
| 9 | | | Dr. Glass CV (GREEN_008046-008054) |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |

| 18 | | | |
|----|--|--|--|
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |

Defense reserves right to amend his exhibit list.

Respectfully submitted on December 20, 2019.

    MINNS & ARNETT

    /s/ Michael Louis Minns
    Michael Louis Minns
    State Bar No. 14184300
    mike@minnslaw.com
    Ashley Blair Arnett
    State Bar No. 24064833
    ashley@minnslaw.com
    9119 S. Gessner, Suite 1
    Houston, Texas 77074
    Telephone: (713) 777-0772
    Telecopy: (713) 777-0453
    **Attorneys for John Green**

## CERTIFICATE OF SERVICE

This is to certify that on this the 20th day of December 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

    /s/ Ashley Blair Arnett
    Ashley Blair Arnett
    **Attorney for Defendant, John Green**