**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| MICHELLE L. SELGAS (2) | § | |
| JOHN GREEN (3) | § | |

**DEFENDANT'S REQUEST FOR LIMITING INSTRUCTION**

TO THE HONORABLE COURT:

COMES NOW, JOHN GREEN ("Defendant" or "Green"), through his attorneys of record, and submits the following:

Pursuant to Federal Rule of Evidence 105 Green requests that the following limiting instruction be given to the jury when evidence is presented that is not admissible against John Green. "The jury will be instructed that this witness's testimony does not apply to Defendant Green."

Without hearing the testimony or knowing how the Government will use each exhibit Green anticipates a limiting instruction for the following government exhibits:  1-10, 15-29, 41-43, 45-54, 57-59, 61, 63-69, 71-72, 74-78, 82, 84-96, 98, 100-103, 190-192, 194-211, 213-216, 234, 249-251, 258-260, 308-311.  As the testimony is presented there may be other requests for limiting instructions.

**Page 1 of 2**

Without hearing the testimony or knowing how the other Defendants will use their exhibits. Green might request the same limiting instructions for Defendant Tom Selgas' exhibits and Michelle Selgas' exhibits.

Respectfully submitted on December 26, 2019.

MINNS & ARNETT

*/s/ Michael Louis Minns*
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453
**Attorneys for John Green**

## CERTIFICATE OF SERVICE

This is to certify that on this the 26th day of December 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

*/s/ Ashley Blair Arnett*
Ashley Blair Arnett