UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS D. SELGAS (1)<br>MICHELLE L. SELGAS (2)<br>JOHN O. GREEN (3) | CRIMINAL NO. 3-18-CR-356-S |

## United States' Amended Witness List

| | Witness Name | Description of Anticipated Testimony |
|---|---|---|
| | | **Probable** |
| 1 | Steven Dickson | • IRS Records Custodian<br>• Introduce IRS records |
| 2 | Bill Jackson<br>1751 Enterprise Street<br>Athens, Texas 75751 | • Henderson County Appraisal's Office<br>• Introduce and describe documents from Henderson County Appraisal's Office and related proceedings |
| 3 | Bank of America Rep<br>43 Butterfield Circle<br>El Paso, Texas 79906 | • Introduce and describe bank records |
| 4 | Volkswagen Representative<br>211 East 7th Street<br>Austin, Texas 78701 | • Introduce and describe loan documents and transactions |
| 5 | Equity Trust Representative<br>1 Equity Way<br>Westlake, Texas 44145 | • Introduce and describe Individual Retirement Account (IRA) records, transactions and correspondence |
| 6 | Cameron Lalli | • Former IRS Special Agent<br>• Introduce and describe documents from American Rights Litigator (ARL) search |
| 7 | Jonathan Daniel | • IRS Revenue Officer<br>• Describe IRS collection actions |

| 8 | Deborah Simmons | - IRS Revenue Agent<br>- Introduce summaries<br>- Explain tax due |
|---|---|---|
| 9 | Ira Fritz<br>15301 Dallas Pkwy<br>Addison, Texas 75001 | - Introduce and describe Dillon Gage records, transactions, and correspondence |
| 10 | Gary Summers<br>San Angelo, Texas 76902 | - MyMail Accountant<br>- Describe MyMail, settlement, and tax returns |
| 11 | Lucien Osentowski<br>McKinney, Texas 75072 | - Former MyMail partner<br>- Introduce and describe documents and correspondence related to MyMail |
| 12 | Joann Wilson<br>Athens, Texas 75752 | - Seller of Athens property<br>- Discuss sale of Athens property |
| 13 | James Hicks<br>Quitman, Texas 75783 | - Realtor in the sale of the Athens Property<br>- Discuss purchase of Athens property |
| 14 | Matthew Hausenfluke<br>Dallas, Texas 75243 | - Purchaser of the Garland Property<br>- Discuss purchase of Garland Property |
| 15 | Michelle Volk<br>Henderson, NV | - Former ChipData employee |
| | **Possible** | |
| 16 | Stephanie Byrd, IRS Special Agent | |
| | **Expert** | |
| 17 | James Ehler, State Bar of Texas | |

Respectfully Submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


*/s/ Mara A. Strier*
By:   ROBERT A. KEMINS
Massachusetts Bar No. 267330
Trial Attorney
U.S. Dept. of Justice, Tax Division
717 N. Harwood, Ste. # 400
Dallas, TX 75201
(214) 880-9781
Robert.A.Kemins@usdoj.gov

MARA A. STRIER
Florida Bar No. 644234
Trial Attorney
U.S. Dept. of Justice, Tax Division
150 M Street, NE
Mail Stop: 1.1505
Washington, DC 20002
(202) 514-5886
Mara.A.Strier@usdoj.gov


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 2, 2020 the foregoing document was filed using ECF, which will notify all counsel of record.

*/s/ Mara Strier*
Mara Strier
Trial Attorney
Tax Division, United States Department of Justice