# EXHIBIT B

# M C MEADOWS COLLIER

————— ATTORNEYS AT LAW —————

MEADOWS, COLLIER, REED, COUSINS, CROUCH & UNGERMAN, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowscollier.com

**Michael A. Villa, Jr.**
Partner

FAX (214) 747-3732
DIRECT (214) 749-2405
TOLL FREE (800) 451-0093
mvilla@meadowscollier.com

January 8, 2020

**VIA HAND DELIVERY**
Michael Louis Minns
Michael Louis Minns PLC

Re:     *U.S. v. Selgas et al,* 3:18-CR-00356 (NDTX)

Dear Mr. Minns:

        Enclosed are the documents responsive to the subpoena dated December 16, 2019.  If you have any questions regarding the documents, please let me know.  As we previously discussed, Mr. Gary intends to invoke his Fifth Amendment privilege against self-incrimination if called to testify in this matter.

                        Sincerely,

                        Michael A. Villa, Jr., Partner

MAV/smh
Enclosures