# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. ACTION NO. 3:18-CR-356-S |
| | § | |
| THOMAS SELGAS | § | |
| JOHN GREEN | § | |

## <u>JUROR NOTE</u>

**Question**:  Can we have the transcript of John Green's testimony?

**Answer**:  Typewritten transcripts of this record are not available for your use in reaching a decision in this case.

SIGNED January 15, 2020.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

CAN WE HAVE THE TRANSCRIPT OF JOHN GREEN'S
TESTIMONY?

Robert VOELKER IV - FOREPERSON