# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. ACTION NO. 3:18-CR-356-S |
| | § | |
| THOMAS SELGAS | § | |
| JOHN GREEN | § | |

## VERDICT OF THE JURY

*Count One: Conspiracy to Defraud the United States*

We, the jury in the above-entitled case, find Defendant **Thomas Selgas**:

__GUILTY__    of the Conspiracy to Defraud the United States, the
"Guilty" or "Not Guilty"    offense charged in Count One of the Indictment.

We, the members of the jury, find Defendant **John Green**:

__GUILTY__    of the Conspiracy to Defraud the United States, the
"Guilty" or "Not Guilty"    offense charged in Count One of the Indictment.

*Count Two: Evasion of Payment for Tax Years 1998 through 2002 and 2005*

We, the members of the jury, find the Defendant **Thomas Selgas**:

__GUILTY__    of Evasion of Payment for Tax Years 1998 through 2002
"Guilty" or "Not Guilty"    and 2005, the offense charged in Count Two of the
Indictment.

SIGNED January 15, 2020.

_____
**PRESIDING JUROR**