# EXHIBIT A

# UNITED STATES TAX COURT
WASHINGTON, DC 20217

| | |
|---|---|
| THOMAS D. SELGAS & MICHELLE L. SELGAS, | ) ) ) |
| Petitioner(s), | ) ) |
| v. | ) Docket No. 15077-19. ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) ) ) |
| Respondent | ) |

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

On October 11, 2019, respondent filed a Motion To Dismiss for Lack of Jurisdiction on the ground that no notice of deficiency or notice of determination was issued to petitioners for taxable year 2005, nor has respondent made any other determination with respect to taxable year 2005, that would confer jurisdiction on this Court. Although the Court directed petitioners to file an objection, if any, to respondent's motion to dismiss, petitioners failed to do so.

Upon due consideration, it is

ORDERED that respondent's Motion To Dismiss for Lack of Jurisdiction is granted, and this case is dismissed for lack of jurisdiction.

**(Signed) Maurice B. Foley**
**Chief Judge**

Maurice B. Foley
Chief Judge

ENTERED: **MAR 02 2020**

**SERVED Mar 02 2020**