IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18-CR-356-S |
|---|---|
| v. | |
| THOMAS D. SELGAS, ET AL | ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States Attorney for the Northern District of Texas respectfully advises the Court and all interested parties that the above-styled case has been assigned to Mitchell T. Galloway, Trial Attorney, Department of Justice, Tax Division. The Government respectfully requests that the Clerk terminate representation by Trial Attorney Mara Strier, former counsel for the government, from the records in this cause.

Accordingly, the government requests that Trial Attorney Mitchell T. Galloway be substituted as counsel of record for the United States.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Mitchell T. Galloway

Mitchell T. Galloway
Trial Attorney
U.S. Department of Justice, Tax Division
Tennessee Bar No. 037545
150 M St. NE
Washington, D.C. 20002
Telephone: (202) 353-2121
Facsimile: (214) 659-8805
mitchell.t.galloway2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that correct copies of this document were this day served on counsel for the defendant by electronically filing the pleading with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system.

                                         /s/ Mitchell T. Galloway
                                      Mitchell T. Galloway
                                      Trial Attorney