# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:18-CR-00356-S |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| JOHN O. GREEN (3) | § | |

## AMENDED SENTENCING SCHEDULING ORDER

The Court grants the Government's Unopposed Motion to Continue the Sentencing Date [ECF No. 250] and reschedules the sentencing hearing for **February 2, 2021**, at **10:00 a.m.** Written statements either adopting or objecting to the Presentence Investigation Report's ("PSR") findings and conclusions must be filed on or before **December 8, 2020**. If any party filed timely written objections to the PSR, the Probation Office must file its addendum to the PSR addressing such objections on or before **December 22, 2020**.

**Unless otherwise specified herein, objections and motions, if any, must be filed on or before January 7, 2021. Any response in opposition to such a motion must be filed on or before January 14, 2021.**

**All written materials submitted for consideration, including, but not limited to, sentencing memoranda, letters of support, and/or other items, must be filed on or before January 21, 2021.**

In any case in which 18 U.S.C. §§ 3663-64 apply, no later than five (5) days from the date of this Order, the attorney for the Government must provide to the probation officer all information that the officer needs to comply with crime victim restitution requirements.

If during the Presentence Investigation Report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the Court orders the TYC to release these

records to the probation officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Federal Rule of Criminal Procedure 32. The specific records that are to be released include documents pertaining to Defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC. Counsel should direct any questions regarding this Order to Adam Bourgeois, Courtroom Deputy, at 214-753-2291.

**SO ORDERED.**

Signed September 11, 2020.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**