# EXHIBIT A

The Honorable
Judge Karen Gren Scholer
1100 Commerce St., Rm. 1654
Dallas, Texas 75242

Dear Judge Scholer,

It is with the deepest respect that I am writing to you, so you can see the kind of man my husband, John, is.

It is hard to summarize 41 years into a few pages, and there are so many things that I feel you should know about him, but I know you don't have all day just to sit and read my letter so I will try to be brief.

John was a peace officer with the San Jacinto Community College when we met. He worked and went to school there. The Chief of that department was also John's judo coach since John was about 15 years old. He trusted, respected and depended on John who was the youngest officer in the department.

Shortly after we were married he was hired full-time by the Harris County Sheriff's Department as a patrol deputy (with his previous chief's glowing recommendation).

John was at this time also working on his Bachelor's Degree in Criminal Justice at the University of Houston. We had our first baby, a daughter, at about this same time. He was a wonderful, although very tired, husband and father, and he always made time to spend with us and snuggle with our daughter. In 1982 John graduated with honors while working full-time (and holding down 2 part-time jobs). John worked very hard and loved his job, and was well-respected by his fellow officers and his supervisors.

In 1985 John was elected President of the Harris County Deputy Sheriffs' Association and his compassion and dedication to the department, and the public he served, became apparent. John received an award for the most productive year in Association history.

John then decided to take the Detective's exam and became the youngest detective in the department. He served as a Juvenile Detective for a couple years, but when our second child, a son, was born, the cases he worked with infant deaths became too stressful. So, John sat for the Sergeants

exam. He passed, and became the youngest
Patrol Sergeant in his district. The
deputies that worked under him (many,
a lot older) respected, trusted and counted
on his professional, kind and respectful
sense of duty to them, and the citizens
they all served.

John started law school at this point,
and our home life was very happy, yet
busy with the 2 kids, and now more
school. He still always had time for the
family; whether fixing dinner, reading
to our daughter, or rocking the baby to
sleep before going off to work the graveyard
shift. He was, and has always been, a
dedicated and loving husband and father
no matter how busy life became.

In 1986 he graduated from law school
and shortly after we moved to the Texas
hill country to raise our kids in a "small
town" environment. Our third child, a
daughter, was born there, but we moved
back to Houston after John's dad passed
away to help his mom. At this point,
John had passed the Texas Bar and
started working for TDC, commuting to
Huntsville every day.

Our fourth child, another daughter, was born when we were both in our 40s, and the other three kids were teenagers. We were all thrilled about the new baby! We are, and have always been, a very close, loving family. We all went to church every Sunday and we always ate dinners together and had interesting, happy and lively discussions around the table. We worked hard to reinforce the good, moral behavior we expected from our kids. John is a shining example, and he taught our kids from an early age that you have to obey the laws, even if they are bad laws. That if you want to make changes you must go through the proper channels.

Our oldest was now in her 20s and married. John and I were looking for a good, tradition-based education for our 2 youngest girls and our search brought us to Idaho to a school run by French Dominican nuns. Our son was in college at the University of Idaho, so we settled in the great northwest!

During the next 4 years John became involved in our county's political activity. He was honest, strong, completely transparent in his convictions and was repeatedly pressed by friends and neighbors to run for office. He ran for sheriff twice against the incumbent, but didn't win. He then ran for the Idaho Legislature and won handily. He was never a politician, always a statesman and never went back on his word or his position on any vote during the session. He always maintained open communications with his constituents.

John is, and will always be, a principled, dedicated, charitable and respected member of society and our community. To our family, he is a most principled, courageous, helpful, quick-witted, responsible, loving man, and I pray our children will learn well from him.

My husband has, since the day we met, maintained a love and devotion to helping others and serving our community with a selfless dedication to the truth. I am so proud of the man he is and after 41 years I have more love and respect for him.

I will always be honored to stand
by him in every decision he makes.
May God the Father, God the Son,
and God the Holy Ghost guard and
guide your thoughts and decisions
in all your difficult and honorable
duties. Thank you.

Sincerely,
Elizabeth Green

The Honorable
Judge Karen Gren Scholer
1100 Commerce St., Rm. 1654
Dallas, TX 75242

Dear Judge Scholer,

It is with the deepest respect that I am writing to you, so you can have a sense of the kind of man my husband, John, is.

It is hard to summarize 41 years into a few pages, and there are so many things that I feel you should know about him, but I know you don't have all day just to sit and read my letter so I will try to be brief.

John was a peace officer with the San Jacinta Community College when we met. He worked and went to school there.  The chief of that department was also John's judo coach since John was about 15 years old.  He trusted, respected and depended on John who was the youngest officer in the department.

Shortly after we were married he was hired full-time by the Harris County Sheriff's Department as a patrol deputy (with his previous chief's glowing recommendation).  John was at this time also working on his Bachelor's Degree in Criminal Justice at the University of Houston. We had our first baby, a daughter, at about this same time. He was a wonderful, although very tired, husband and father, and he always made time to spend with us and snuggle with our daughter. In 1982 John graduated with honors while working full-time (and holding down 2 part-time jobs).  John worked very hard and loved his job and was well-respected by his fellow officers and his supervisors.

In 1985 John was elected President of the Harris County Deputy Sheriffs' Association and his compassion and dedication to the department, and the public he served, became apparent. John received an award for the most productive year in Association history.

John then decided to take the Detective's exam and became the youngest detective in the department.  He served as a Juvenile Detective for a couple of years, but when our second child, a son, was born, the cases he worked with infant deaths became too stressful. So, John sat for the Sergeant's exam. He passed, and became the youngest Patrol Sergeant in his district. The deputies that worked under him (many, a lot  older) respected, trusted and counted on his professional, kind and respectful sense of duty to them, and the citizens they all served.

John started law school at this point, and our home life was very happy, yet  busy with the 2 kids, and now more school.  He still always had time for the family; whether fixing dinner, reading to our daughter, or rocking the baby to sleep before going off to work the graveyard shift.  He was, and has always been, a dedicated and loving husband and father no matter how busy life became.

In 1986 he graduated from law school and shortly after that we moved to the Texas hill country to raise our kids in a "small town" environment.  Our third child, a daughter, was born there, but we moved back to Houston after John's dad passed away to help his mom.  At this point, John had passed the Texas Bar and started working for TDC, commuting to Huntsville every day.

Our fourth child, another daughter, was born when we were both in our 40s, and the other three kids were teenagers.  We were all thrilled about the new baby! We are, and have always

been, a very close, loving family.  We all went to church every Sunday and we always ate dinners together and had interesting, happy and lively discussions around the table. We worked hard to reinforced the good, moral behavior we expected from our kids.  John is a shining example, and he taught our children from an early age that you have to obey the laws, even if they are bad laws.  That if you want to make changes your must go through the proper channels.

Our eldest was now in her 20s and married. John and I were looking for a good, tradition-based education for our 2 youngest girls and our search brought us to Idaho to a school run by French Dominican nuns. Our son was in college at the University of Idaho, so we settled in the great northwest!

During the next 4 years John became involved in  our county's political activity. He was honest, strong, completely transparent in his convictions and was repeatedly pressed by friends and neighbors to run for office.  He ran for sheriff twice against the incumbent, but didn't win.  He then ran for the Idaho Legislature and won handily.  He was never a politician, always a statesman and never went back on his word or his position on any vote during the session.  He always maintained open communications with his constituents.

John is, and will always be, a principled, dedicated, charitable and respected member of society and our community.  To our family he is a most principled, courageous, helpful, quick-witted, responsible, loving man, and I pray our children will learn well from him.

My husband has, since the day we met, maintained a love and devotion to helping others and serving our community with a selfless dedication to the truth.  I am so proud of the man he is and after 41 years I have more love and respect for him.  I will always be honored to stand by him in every decision he makes.

May God the Father, God the Son, and God the Holy Ghost guard and guide your thoughts and decisions in all your difficult and honorable duties.  Thank you.

Sincerely,

*Elizabeth Green*

Elizabeth Green

9/15/2020
Tim & Karen Kastning
10035 N. Happy Trail
Rathdrum, ID 83858

Dear Judge Scholer,

We are writing to you in reference to John Green.  It is important
to us that you understand who John is and how he has lived.
We  have been business owners in North Idaho for
over 25 years and we are very well connected in Coeur d'Alene
because of that and because of our large family.  We can honestly
say that there are few people that we respect as much as John
Green.

John  has excelled at being a husband, father, and grandfather.
His daughter once made him a card that said, "I wish every girl in
the world had a dad as good as you."  The last time we had dinner
at their house, I observed that Elizabeth's mother and another
elderly family member were being cared for by them.

He is also generous with his time and expertise.  He has helped
out so many people who could not afford the services of an
attorney because he truly cares about people.  We trust his
integrity completely.  He is a man of his word.  John and
Elizabeth are greatly loved and admired in our community.

Thank you for your time and consideration of my thoughts.

Sincerely,

Tim and Karen Kastning

October 6, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, TX 77074

Re: John Green

Dear Judge Scholer:

My name is Steven Parinello. I am writing this character reference letter to you on the behalf of John O. Green. I have known John Green for the past forty years. I am currently retired from the United States Drug Enforcement Administration (DEA) where I worked in the capacity as a Special Agent for approximately 24 years.

I met John in early 1980 after I was employed and sworn in as a Deputy Sheriff with the Harris County Sheriff's Department. John had been working for the Department for a short period of time previous to my employment. Shortly thereafter, we both purchased homes in the same residential neighborhood in west Houston. It was then that I met his wife Elizabeth. I left the Sheriff's Department in November of 1990 in the furtherance of my law enforcement career with the DEA, and am proud to have maintained a personal relationship with John Green and Elizabeth.

John Green and his wife Elizabeth set the bar high as exemplary spouses and parents. John was always a family first person. He has been married for over 40 years to Elizabeth, raising their four children. John's pride and joy are his grandchildren who provide him with all the love he needs to complete his life on earth. The Greens are the model of the family unit which unfortunately is fading in our society. John and Elizabeth were raised as good Catholics, and went on to raise their children in a loving and structured religious upbringing. His faith is strong and has served as his guiding light throughout his life.

During his career with the Sheriff's Department, John spent time in the Correction Division, Patrol Division and the Detective Division. While assigned to the Patrol Division, John served as both a Senior Patrol Deputy and as Supervisory Patrol Sergeant. I personally worked with John Green while we were assigned as Detectives to Juvenile Crimes and the Burglary and Theft Division. While working follow-up investigations and representing the Department, John acted and conducted his activities with the greatest integrity and honesty. He was well respected by his peers and his supervisors within the Department. Additionally, John was highly regarded for his honesty when presenting cases to the District Attorney's Office and in his ultimate testimony in the criminal cases he filed.

As a Patrol Supervisor, John had a great reputation as an honest person, and was well respected by Deputies he supervised who had been on the job more than twice as long as John. Most of his subordinates were twice John's age. He treated everyone with respect and he had a reputation in the department of being firm but fair.

During his career with the Sheriff's Department, John also served for several years as the President of the Sheriff's Deputies Association. John was well respected throughout the Department regarding association issues, and represented the deputies and the agency with the utmost integrity.

During his early years with the Department, John structured his work schedules so that he could pursue his ongoing education in the furtherance of receiving a law degree. It was apparent that his passion in life was to become a lawyer and practice law. John was the ultimate professional, always willing to provide legal advice to people, and provide legal representation to persons who were unable to afford the legal process.

Subsequently, John was elected to the position of State Representative in Idaho, fulfilling his desire to serve his constituents according to his strong moral ethics.

In closing, John Green is a good and honest man who has touched many hearts. He is a man of excellent character who has been a model husband, father, grandfather, law enforcement officer, lawyer, representative, and most of all a great friend. One of the things I've always told family, children and friends is, "When it is all said and done, we want to walk away from this world with one thing: our integrity." John will be able to do so.

John Green deserves your consideration for leniency in this matter.

Respectively Submitted,

Steven Parinello
5275 N. Fairway Heights Drive
Tucson, AZ 85749
Phone: (520) 940-5477
Email: stevenparinello@msn.com


cc:
Mr. Michael Minns
Minns & Arnett
9119 S. Gessner, Suite One
Houston, TX 77074

Case 3:18-cr-00356-S   Document 253-1   Filed 11/25/20   Page 13 of 55   PageID 2818

ACCOUNTING SERVICES
SMALL BUSINESS CONSULTING
TAX PLANNING & PREPARATION
QUICKBOOKS TECHNICAL SUPPORT
BOOKKEEPING & PAYROLL



**Kimpton & Co.**
CERTIFIED PUBLIC ACCOUNTANTS

605 E. 6th Avenue
Post Falls, Idaho 83854
(208) 773-6962
Fax (208) 620-2276
www.kevinkimpton.com
kevin@kevinkimpton.com

January 24, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas  75242

Dear Judge Scholer,

I am writing on behalf of John Green.  I have known John for over 15 years.  I first 'met' John through his daughter who was a boarding student at the school two of my daughters attended here in Post Falls, Idaho.  His daughter Katie was the most proper, well behaved, respectful and cheerful young lady I had ever met.  I immediately developed esteem for her and her parents.  When John later moved to North Idaho my judgement was confirmed.  My friendship with John has shown him to be a man of the highest integrity and honor.  He has also been generous in helping others and our community.  I consider John to be a man of the finest character and someone I trust completely.

I am a local Certified Public Accountant practicing in Post Falls Idaho.  I have been a CPA for over 30 years and owned my own practice for the last 20+ years.  I have 5 employees and over 700 clients including Individuals and Businesses.  I have been happily married for over 34 years and have seven adopted children.  I am an active member of the Catholic church in Post Falls.

Please call if you need more specific examples of my experience with John Green.

Sincerely,

Kevin E. Kimpton, CPA

March 2, 2020

The Honorable Karen Gren Scholer

1100 Commerce Street, Room 1654

Dallas, Texas 75242

Dear Judge Scholer:

We are writing from our capacity as friends of John Green. We've known John for the past 10 years through our cousin Tom Selgas. We live in Westhampton Beach, NY and John has visited us with Tom a few times over the years. He's a good guest, always gracious and with an easy laugh. Michael makes incredible dinners and we enjoy them together with lively conversations about travels, family and life. He's a kind man who's love of his family and God are the two most important thing to him.

One time when he was visiting, he helped us with an outdoor construction project. We joked that we'd feed him in exchange for his help, but he would have helped no matter what. That's the type of man he is.  In our eyes, he is a kind person and a loyal friend to our cousin.

Thank you for your time and consideration.

Very truly yours-

Elizabeth McCourt & Michael George

52 Hampton Street

Westhampton Beach, NY 11978

Your Honor,

My name is James Green. I'm writing you today in hopes that I may be able to shed some light on who my father, John Green, is. To be honest, I've been having a really hard time figuring out a way to start this letter or where it will go. It's hard to put into words what an impact someone has had on your life, especially when you've known them for 35+ years and get to call them Dad. However, with such a life changing reality presented before our family, I'll do anything that may help even in the slightest.

While I know all of us kids love our Dad, I have the unique perspective of being his only son. It's true that both of my parents helped make me who I am today, but it was my father that showed me what it was to be a man. I could honestly go on for quite a while about how much of a positive impact he has had on me and those around him, but I'd say the three main things he taught me (outside of my love for God and my family) were respect, hard work, and kindness.

As early as I can remember, my father taught me to say sir and ma'am to my elders - not because he told me to (although he'd certainly remind me if I forgot), but because he always treated those around him with respect as well. He taught me to open doors and give up my seat to anyone it may help. He taught me to take care of things given to us. And, as I'd find out - he taught me how to respect my wife. It's clear to all of us kids how much my Dad loves our Mom. Through the good times and the hard times, we always knew things would be okay because they were okay. To this day I can still see how much she means to him because of how he treats her. Having been married for 5 years myself, I already know how crucial respect is in Marriage, and my father helped instill that in me.

He's also the hardest working man I know. Whether in his work or his daily life, he'd push himself to be the best he could be at whatever he put his mind to. This is something he instilled in me as well, starting when I was young - doing the things that need to be done even when they're hard, finishing whatever I started even if I got frustrated or wanted to quit, and putting in the hours at work with my full attention are just a few examples of the themes I learned growing up. Again, not because he told me to, but because I saw him do these things himself. I saw him help my grandfather on their farm, I saw him help strangers and the elderly when they needed it, I saw him help his family when they needed a place to stay or with a chore, I saw him help those in his community whether directly or simply by doing something that needed to be done. I've seen repeatedly how selfless he can be - both growing up as a kid when I was around him all the time, and still to this day when I hear stories of people he knows that he's helped. He works hard and does the things that need to be done, because they need to be done.

The final thing I'd like to mention that he taught me, and perhaps the most important, is kindness. While I will admit I'm blessed with a great mother-in-law, I'll also admit (to someone who won't get the opportunity to meet her and report back) that it wouldn't be easy to have her move in with my wife and me. My father not only opened his home up to his mother for years, he then opened it up again when his cousin and mother-in-law needed it as well. Again, never asking for anything in return. He's donated his time to help his friends, his community, or even those he didn't know and just looked like they could use a helping hand. So don't be fooled by the beard - he's a kind man at heart.

Your honor- I want to sincerely thank you for taking the time to read this letter. I'd imagine you have a million things you need to do- however, putting in the effort to get as much of the picture as you can means a lot to my family and me. While I won't try to describe the type of impact this decision will have on our family, I hope I have given a glimpse into the type of man my father is and how he impacts others in his daily life. I honestly hope my son looks up to me some day the way I look up to my father. I'm proud of the man he is, the father he is, and the husband he is and I hope you allow him to stay in his community. After all, I believe the world could always use a little more respect, hard work, and kindness.

Thank you,

James Green

P.S. My apologies for the typed letter- I have terrible handwriting and I wanted to make sure nothing was lost due to you not being able to read my handwriting.

*Karen K. Connelly*

Post Office Box 18219
Corpus Christi, Texas 78480

March 06, 2020

The Honorable Karen Gren Scholer
United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street, Courtroom 1632
Dallas, Texas 75242

Re:  Case Number 3:18-CR-00356-S
     United States of America v.
     Selgas, Selgas, and Green

Dear Judge Scholer:

Thank you for allowing me to write on behalf of my friend, John O. Green.

Licensed in 1987, I have been a long-standing member of the State Bar of Texas, Northern and Southern Districts of United States District Courts of Texas, United States Fifth Circuit Court of Appeals, and United States Supreme Court. Over the years I have served on various legal and community based organizations, local government standing committees, and volunteer programs.

I have known John since 1998. Our friendship began as employees of the Texas Department of Criminal Justice, State Counsel For Offenders Division (SCFO). Although we worked in different departments, our offices were only a few doors apart. When our respective employments ended, we pursued different avenues but remained committed to our friendship.

While returning to my office in the trial department soon after I began working at SCFO, I passed by a few lawyers huddled in the hall. I overheard one of them passionately declare, "We all have a duty to enforce the Constitution." I kept moving but thought to myself, "Right on. Yes, we do!" Later I learned that statement had been made by John and we soon were acquainted.

It became my routine to pass by John's office on my way to the copy machine. Often we had an opportunity to exchange ideas and bat legal strategies around. We built a lot of camaraderie between ourselves and other lawyers who happened along our way.

With clarity I remember my initial encounter with John's wife. She was standing near an entryway when I rounded a corner and suddenly came face-to-face with a very pregnant Elizabeth. My apology was light because as a grandmother, I was excited about her new life.

Some friends tease that part of John's legacy will be his ability to sniff out the best restaurants. Over the years I have taken meals with he and his family. I recall our first was at a hometown café in Huntsville. It gave me pause when John, Elizabeth, and baby Mary openly bowed their heads and gave thanks for the nourishment of our bodies– our souls. It was truly a most humbling experience.

It's been delightful to watch Mary explore infancy; skip through childhood with a mouthful of pink Bubblicious; then burst into our adult world and firmly take hold. Like her siblings, she is fortunate to have parents who appreciate and adore their children but who also have firm expectations and guidelines. John and Elizabeth have given unshakable family support, on which all of their children continue to rely.

The home has never been limited to spouses and children. Over the years John and Elizabeth expanded their home to share with Mothers and Mothers-In-Law.

Confidentiality and loyalty are cornerstones for John in creating and perpetuating client relationships. He applies that same standard to friends. John is always willing to go the extra mile, lend a helping hand, and comfort those in need. I know because he has done all of those things for me.

He is a good man; a generous person with whom I am proud to be associated. John is courteous, kind, and respectful to all people, strangers and friends. Even in highly stressful situations, he does not raise his voice or express himself in an offensive manner. He is a dogged protector of family. John, now blessed with grandparent perks, cherishes every newborn "Green bean." He is hands-on to develop a safe springboard for each one.

As a member of the Bar I hold high respect for our system of justice and know it is the groundwork of civilized society. Wouldn't a time machine be handy in situations such as the one at hand? With just a click or zap we could undo and redo our past. Although a time machine is not yet real, this Court's grace and mercy are indubitable.

Without hesitation, I assure the Court that John is not a risk to any person, community, or institution. On the contrary, he is a significant benefit. John will timely and precisely follow every directive. No matter what penalty this Court hands down, John will respect it and stand firmly in faith. Still, I implore the Court to recognize that because his family mourns, the Court's assessment will run parallel with the heart-wrenching grief already churning inside John. It is an anguish which strikes the gut then settles deep in the bones.

I beg Her Honor to render a just sentence, free of incarceration. John has much to do in this world. Please allow him to do it.

Cordially yours,

Karon K. Connelly
Telephone: 361-739-1833
EMAIL: KKHC@KARONKCCONNELLY.COM

Dear Judge Scholer,

My name is Katrina Green and I am the daughter in law to John Green. I have known John since August of 2014 and I was blessed to join this family in August of 2015. From the start of my relationship with his son, I noticed how much of a patriarch and leader John is in his family. I also remember noticing the love and respect he has for his wife, even after 40 years. I knew that I was marrying a good man in his son, because of the example he had seen in his father.

John has always treated me as one of his own daughters and since knowing him, he has been nothing but generous and selfless toward his family, his church and even in his community. He is passionate about protecting life and I truly admire his strength to stand up for what is right, even if it's the unpopular choice. He is a man of deep faith and leads his family with strength and virtue.

John is an amazing, patient grandfather, who loves his grandchildren fiercely. Whenever our families get together, almost all of the grandkids swarm to their "Grampy" and take up whatever room they can find on his lap. Eventually one or two fall asleep with him, snuggled up in his chair. He is a good man and I pray that God protects him during this trying time and that this letter helped shed a little light on his personal, simple life here at home in Idaho.

Thank you for taking the time to read this letter.

Sincerely,
Katrina Green

Lawrence Blanchard, ND, MDiv
9711 Monken
Boerne, Texas 78006
830.388.6784

February 27, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer:

I submit this letter for your consideration in regard to my personal testimony about John Green.

First, let me introduce myself. I am a Christian minister and a Naturopath. I hold a masters degree from Denver Seminary and a Doctor of Naturopathy degree from Clayton College of Natural Health. I have written numerous books on biblical theology and am an active practitioner in the healing arts.

My wife, Sandi, and I have known John Green, and his wife Elizabeth, for twelve years. He was initially recommended for legal counsel to us for various issues we were dealing with by Wayne Paul, CPA (brother of Dr. Ron Paul). John has been a wonderful and competent legal counselor to us providing us with insights and solutions that have been immensely helpful to us. There have also been times when we could not afford his services and yet, he willingly and joyfully rendered them to us without thought of repayment.

Moreover, in all the years we have known John as our attorney, and also friend, we have found him full of compassion and unwavering in personal integrity. In my opinion, and from my experience, John is one of the best men I have ever known and a truthful and honest attorney. As far as attorneys go, there are few like him who truly care about what is good, right and just.

Thank you for listening.

Yours very truly,

Lawrence Blanchard

March 5, 2020

The Honorable Karen Gren Scholer
100 Commerce Street, Room 1654
Dallas, TX 75242

Dear Judge Scholer,

My wife Arlene and I have been residents of Bonner County in Northern Idaho since 2004. We have raised our 8 children here, and continue to homeschool several of them who are still minors. I am a homebuilder in the area, with my own business, and our family is involved in state and local politics and political issues. Two years ago, our whole family participated in my campaign to become a republican Idaho state senator.

Though I don't remember exactly when we met John Green, I know he came on our radar many years ago amongst common political interests and friends. It was at least three years ago before he was elected to the state legislature that we began our personal friendship. We payed particular attention to the integrity he showed during his political campaign for state representative in 2017-2018.

During the last two years John and I have become personally associated with each other as we have worked together on a number of political issues in the state of Idaho. Our relationship has involved many emails, phone calls and personal trips together around the state. It is on these trips and at local political events that my wife and I have also gotten to know John's wife Elizabeth.

So, my most significant knowledge is about John and his personal, moral convictions on certain important subjects that he held personally before he was elected to the legislature and maintained after he was elected. I know a lot of legislators, and I have seen many compromise on their own, professed core principles over the years I have interacted with them in the legislature. Many have run bills that are of significant interest to me, and the political environment in a state capitol has a lot of pressure. John is a very rare legislator that has always been immensely calm under pressure and the demands to compromise on key constitutional questions about significant moral issues.

He has been steadfast, trustworthy, and he is articulate. He has been willing to patiently and kindly attempt to persuade friends and co-workers. He is diligent in pursuit of good and Godly objectives.

We have observed also that John is loyal and dedicated to friends and family. He honors his wife and his children and maintains good relationships with friends. We have also observed that

he is also dedicated to his faith and church.

Thank you for the opportunity to share our experience with John and know that we highly commend him as a kind friend with faithful integrity.

Sincerely,

Scott and Arlene Herndon
246 Otts Road,
Sagle, ID 83860
(208) 610-2680

April 17, 2020

To:    The Honorable Karen Gren Scholer
       1100 Commerce Street, Room 1654
       Dallas, Texas 75242

From: Shane L. Crist
       Post Office Box 815
       Spirit Lake, Idaho   83869

Dear Honorable Judge Scholer ,

My name is Shane Crist.  I am a self-employed painting contractor for the past 23 years and have lived in north Idaho for the last 25 years.  Ten years ago I had the privilege of meeting John at a professional level when I was given the opportunity to provide painting services on his residence.  Off and on through the years I have repeatedly worked for him and his family in various capacities.

Through this working relationship our families met at various social engagements John and I had conversations about faith, family, and everyday life. I found John easy to talk with and enjoyed his whit. Through all the times I've worked for John Green I have found him to be compassionate, honest and hardworking; contributing to the community he lives in.

Our relationship evolved once more in the fall of 2018 when tragedy struck my family.  I was informed that my mother had passed away at the age of 66.  She lived 9 hours away and we needed to find an attorney quickly.  Never having needed legal help before, I reached out to one lawyer I knew that I could trust - John Green.  With his guidance we were able to find someone to help us.  He did this for me, both free of charge and whilst in the middle of his political campaign.

He has asked nothing of me, nor my family and there is nothing that my family or I could do to repay him for his help and kindness in our time of need.

As a common family man, I can gain an appreciation of individuals based on how they treat their fellow members of the community.  In my humble opinion, if everyone treated the people in their lives the way I know John Green to do, the world would be a much better place.

Sincerely,

Shane L Crist

Shane L. Crist

01262020

Dear Judge Scholer,

I am writing in order to offer a character reference for Mr. John Green.

I have known John for about three years; in social situations I've had lengthy conversations with him on average about once every other month since then.

I have always been favorably impressed with his personality; he strikes me as a balanced, reasonable and knowledgeable man. In particular, I have never heard him advocate resistance to tax laws. On the contrary, I have heard him specifically agree that government, given the very necessary services it is obliged to provide for society, has a right to sufficient revenue from citizens so as to fulfill those duties. As far as I know, his concern in dealing with such issues is for *clarity* about what the laws actually prescribe.

Hoping this will be of some use, I am

Yours truly,

Ross McGowan
12892 W. Bodine Ave.
Post Falls, Idaho  83854

Alan A. White and Mary J White, CPA

14816 N St. Teresas Way

Rathdrum, Id  83858

Nwblindsetc.com


January 24, 2020


The Honorable Karen Gren Scholer

1100 Commerce Street, Room 1654

Dallas, Texas  75242


Dear Judge Scholer,

We have known John Green, his wife, and his children very well for about 20 years. We own a second generation family business established in 1991 in our small town of Rathdrum, Idaho.  We met John and his wife and children before they moved to Idaho and became fast friends when they settled here.

We were shocked to read about his recent case as he has always been a rock solid friend and an honest member of our tight knit community.  We do not know the particulars of his case, but we know John to be a very honest man of integrity.  A man who takes time out of his busy schedule to help out in our state legislature.  A man who has helped many acquaintances with pro bono legal work.

John is a man of principle and I assume that his strong convictions are what got him into trouble.  We can assure you that John does not have a criminal bone in his body.  His wife and children are all successful members of our community.  I had the privilege of teaching his children for many years.  His growing family of grandchildren needs their Grandfather to be present.  We hope that you will be able to see the kind of man John is and how important he is to our lives.

When John called us to let us know what happened he shed tears but he had no anger.  Please send him back to our community as soon as you can.  Many people count on him here besides his wife, children, and grandchildren.  He is a very generous man with his time and talents.

Best Regards,

Alan and Mary White

# BLINDS, Etc. INC

## ALAN A. WHITE, *C.C.B.W.*

### *(208) 773-8626*
nwblindsetc.com
*Call for free in home consultation*

# BLINDS, Etc. INC

## MARY J. WHITE, *CPA*
### *(208) 659-6010*
nwblindsetc.com
mary@nwblindsetc.com
*Call for free in home consultation*

January 24th 2020

The Honorable Karen Gren Scholar
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholar,

My family has known John Green for some 10 years, beginning with pro-bono legal work
for our project, one dramatically underfunded, however one for which John greatly appreciated
the merit. He has helped and supported us, becoming a trusted friend.

Over the years, we have found John to be a man of prayer and of principal. He and his
gentle wife of over 40 years have raised all of their four children to be productive, God
fearing members of society.

A neighbor, sick with worry financially and in danger of losing her home, John arranged a loan
for her pro bono on very generous terms and made sure it was extended, without interest
until she got back on her feet.

John has a lifetime of exemplary public service beginning in law enforcement and culminating
in election as a very productive state representative.

Thank you for considering my experiences with this very special and kind man.

Anita Untersee
1406 East Main
Fredericksburg, Texas 78624

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

January 22, 2020

Dear Hon. Scholer:

I was a court stenographer for San Bernardino County, California, superior court for 20-plus years. I worked for Judge Leroy A. Simmons and Judge Stephen H. Ashworth, both now retired.

I have retired to the Coeur d'Alene, Idaho, area and met John Green five years ago when I moved to this area. In that five-year period, I've come to know him as a good man. He is a principled man, a man who believes in doing good for his fellow man. John has strong convictions about life, as do I. I came to respect that about him.

He is a wonderful family man, a man who loves his family and takes very good care of them. It would be a great world if all children and grandchildren experienced the love that John shows his family.

There are many in our community who look up to John. I am one of them.

He did a wonderful job in our legislature. He took his position seriously. He felt it was his duty to watch out for the People of the State of Idaho, and John did that in every way possible. The State of Idaho is at a loss without John's public service.

My purpose in writing to you is to let you know that John is well loved and well respected by many people.

Thank you,

*Beverly Guenette*

Beverly Guenette
4777 W. Woodside Avenue
Coeur d'Alene, ID  83815
csrbev@gmail.com
(208) 290-5113

23 January 2020

The Honorable Karen Gren Scholar
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholar,

Having known John Green for more than ten years I would like to attest to his character as
I have witnessed during that time. First, as a Christian I can speak to the many conversations
on faith and charity John and I have pondered. I believe he has demonstrated the strongest
elements of faith, both in his law practice through pro bono charity and his work in the Idaho
state legislature leading vital legislation. In my relationship with John he has consistently proven
himself as one of those somewhat rare people who live their faith by example.

Further, I know of a number of troubled people for whom he has shown great charity beyond faith
who without his legal assistance, again provided without charge, he has retrieved from particularly
dire circumstances. Secondly, John's early work as a Police Officer in Houston has been described
as filled with empathy and consideration toward the public, as I am acquainted with fellow Officers
who having worked directly with him had the utmost respect. Currently running for Sheriff in his
home County, again shows willingness to serve the greater good.

On a very personal level John again provided pro bono legal assistance to me for a project which
has taken several years to complete, that purely due to his empathy for the cause driven nature of
our effort. We have visited John and his wife in Idaho and found both he and Elizabeth to be very
warm, productive members of their community. While fully immersed in their family and successful
children, all of whom are examples of what should be, still John serves through the State Legislature
and seeks public office. This to me is a reflection of leadership and general character.

I never have had an inkling of any but honorable intentions in my interaction with John Green.
I truly consider him someone whose work and integrity many should aspire to. John is a giving
generous person. As a retired Army Officer I have felt honored to know and work with someone
such as John whose leadership characteristics and honorable intentions always are at the forefront.
I would have been proud to serve with him.

Sincerely,

Chuck Untersee
1406 East Main
Fredericksburg, Texas

January 30, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer,

I have known John Green for several years now, and I can say he is the most honest and "by the book" man I know. I own a business and from time to time have asked him if my understanding and application of the rules was correct. He always explained things until I understood the proper interpretation of the rules and how to apply them correctly. His integrity has always impressed me and is one example for me to strive to be like in my business and personal life with family and friends. He is one of the few people I trust with my family. If he were not here, it would be a great loss to me, my family and our rural community.

Please consider looking at John the way we do here, who have known him long enough to see his true character in action day in and day out, standing up for what is right, no matter the cost to himself personally.

Sincerely,

Doug Duncan
9030 N. Hess St 125
Hayden, ID 83835

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholar,

Today I feel compelled to write you in regards to the good character of Mr. John Green.  As a former pastor and business owner, hopefully I can share a unique perspective that you may find most helpful. I've known John Green for at least over 10 years and would characterize him as a faithful husband, loving father and one who has a humble heart.   No one is perfect and I'm sure he has his flaws, but many of us in our community look up to John as a good family provider with a heart to please God and those around him.

Mr. John Green has been invited to speak at our church and did a wonderful job sharing how he was going to protect our most vulnerable citizens from being harmed as our state representative.  I'm pretty confident that Mr. Green has also provided Pro Bono legal work to those like myself when I couldn't afford such.  Thus, to me I have personally experienced Mr. Green more than willing to help those around him that are in need.

Lastly, I have seen Mr. Green on many occasional in public.  Representative Green is a true statesman that has been willing to be boldly honest and transparent, which is rare these days in public service.  I'm grateful to God to know John Green and his family who are great citizens and neighbors of our community.

Sincerely,

*Eric Seeley*

Mr. Eric Seeley
Spirit Lake, Idaho

✝
M

## SOCIETY OF SAINT PIUS X

ST JOSEPH'S PRIORY          23511 ARMADA CENTER ROAD     ARMADA, MICHIGAN 48005        TEL: 586 – 784 – 8405
ST JOSEPH'S CHURCH & ACADEMY  57575 ROMEO PLANK ROAD     RAY TOWNSHIP, MICHIGAN 48096  TEL: 586 – 677 – 9511
WWW.STJOSEPHS-ACADEMY.COM

The Honorable Karen Gren Scholer                                    23 January 2020
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer:

Your Honour, my name is Fr Patrick J. Crane and I am a priest of the Roman Catholic Church currently assigned to St Joseph's Church in Ray Township, Michigan.  However, I was previously stationed at Immaculate Conception Church (ICC) in Post Falls, Idaho from 1999 to 2004, and then again from 2017 to 2019.  As Mr John Green has been a long time patron and loyal supporter of ICC, I have known him for several years.  Therefore, I address this letter to you in order to express my high regards for John, and as a testimonial to his admirable character.

Mr Green regularly attends ICC and supports the Church, its functions, our youth in affiliated sports programs, etc., when in Post Falls, and is a supporter of the world-wide apostolate of the Priestly Society of St Pius X.  He holds himself – as well as others – to the high moral standards of our Holy Religion.  He is not only concerned about the well-being of our congregation, but likewise the larger community in which he lives.  I was happy to see that North Idaho seemed to think similarly.  John won a seat in the Idaho State House of Representatives, an office that he sacrificially sought for the good of his State as well as his neighbors in Kootenai County.  Then again with a veritable litany of educational accomplishments and noble offices held, I reckon his victory could have been anticipated.

Mr John Green's legal advice (always *pro bono* to me and others that I personally know) was always kindly and generously rendered, and was very helpful.  How he found the time for me I know not.  I found him quite meticulous and very respectful of the law, which I appreciated in a world where I have met so many who were self – or otherwise client – indulgent regardless of the law.  As I am an ex law enforcement officer (LEO) I have plenty of experience in this area.  His diligence and professionalism is always manifest in whatever work he may address.

Therefore, it is my most solemn prayer and earnest wish that this letter will be a kind of introductory assistance to you in understanding just what kind of gentleman and citizen we are presently considering.  If you have any questions or concerns regarding Mr Green's character you may certainly reach out to me via the priory contact information so inscribed on the letterhead.  Please know that I likewise pray for you and wish you the best in your very important office.

Sincerely in Christ and His Holy Mother,

Fr Patrick J. Crane, FSSPX

**Frank D. Wright, M.D., J.D.**

345 Woelke Road

Seguin, Texas 78155

January 30, 2020

Re: John Green

Dear Judge Scholer,

This letter is written on behalf of John Green who I have known for over 40 years. I met John when I was a teenager in a martial arts class where he presented a short demonstration. Over the years John has been a friend, confidant and personal mentor. I continued to keep in touch with John and his family while in medical school and residency. Although my time was limited, I always enjoyed the time we spent together. When I began practicing medicine, I was able to spend more time with John and his personal journey from police officer to attorney encouraged my decision to attend law school and obtain my J.D. degree. Over the last few years, John, myself and other close friends have been members of the Military Order of Saint John dedicated to charity and humanity. John has always demonstrated the highest degree of honesty and integrity. I continue to consider John to be a close friend and confidant. Any endorsement I can give John is given without reservation or hesitation.

Frank D. Wright, M.D., J.D.

The Honorable Karen Gren Scholer
1100 Commerece Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer,

Thank you in advanced for reading our letter regarding the character of John Green. We want you to know that there are very few people that stand out and make an impact in their communities, however John Green is one these people.

Over the past 4 years we've known John, we've witnessed his leadership, his dedication and deep concern for the community. He stands as "salt of the earth" to many in our town and to those who know him. We know that John has had a heart for service and helping others and this is what we all know about him. We are honored to call him a "friend".

Sincerely,

Glenn and Valerie Bledsoe
P.O. Box 835
Rathdrum, Idaho 83858

Hendrik Mills and Lorene Lindley
13859 N. Reflection Rd.
Rathdrum, ID 83858

January 22, 2020

Dear Judge Scholer,

We have known John O. Green for over 12 years, since he attends the same church as we do, and he and his family are personal friends of ours. In all things, he puts the glory of God first. We observed how he has sustained a strong lifelong marriage, takes care of the elders in his family, and raised godly, well-educated and self-motivated children who are accomplishing great things. As his family physician, Lorene saw how he set high standards for himself in losing weight and persisting in a healthful lifestyle after his heart surgery.

We found him to be completely trustworthy. When we had our wills made, he reviewed them and agreed to be our back-up conservator, on a completely pro bono basis. When he entered politics, it was with a great deal of self-sacrifice of family time and money, in order to further his ideals for the community and never for personal gain.

Sincerely,

Hendrik A. Mills

Lorene H. Lindley, M.D.

Ignatius Epkey, CPA
1920 E Sundance Drive
Post Falls, Idaho 83854


Wednesday, February 12, 2020


RE: John Green District Court Case # 3-18CR-356-S


Dear Honorable Judge,


In regard to Case # 3-18CR-356-S, United States of America V. John Green that you presided over last week, I am writing as to the character of John Green, attorney at law.

I have known Mr. Green for 9 years now. He is my father-in-law a.k.a. "Handsome Lovable Grampy" to my 5 children. In the entire time I have known him, he has been generous, unselfish, and kindhearted in all his dealings. He is especially involved in our family's life and I am proud to have him as a role model for my children and how I want them to grow up one day. I have shared countless cigars and family dinners with him and as our relationship has developed, I have only gained more respect for him.

His selfless dedication to our community's causes is known to everyone. He has showered our local youth hockey program with donations, assisted the Catholic private school my children attend, aided my wife and I in the purchase of one car and the gift of another, and yet again helped us when we were running short on funds during the purchase of our new house.

He is a man with strong convictions, and he stands up for his principles even when it might cost him his money, reputation, or family. In this instance, it will cost not only him but the lives of so many including my wife and young children who will lose contact with him for many years should he receive the maximum sentence. I respectfully request, in light of his strong character and generous actions in our local community, the minimum sentence.


Sincerely,

Ignatius C Epkey, CPA

Jacob Eberlein
1080 E Warm Springs Ave
Post Falls, ID 83854
February 7, 2020

Dear Judge Scholer,

I have known John Green for 17 years. I first met him through my parents while I was still in college. Over the years our paths crossed more and more often, and in the last few years we have collaborated with various intellectual projects. I have also helped him on several occasions with his political campaigns. We get together and visit occasionally, but see each other at church regularly.

I know John as an honest man with integrity and a deep sense of justice. If I were in need of legal advice, I would not hesitate to consult him. He was always willing to help out whenever he could. He has been very generous to my family.

If you require any other additional information please contact me: jacob.eberlein@gmail.com.

Regards,

Jacob Eberlein

Jim Hollingsworth
jimhollingsworth@frontier.com
208-662-7748
1203 W. Orchard Ave
Hayden, Id 83835

January 22, 2020

The Honorabe Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Your Honor:

John Green.  I have known him for at least ten years, maybe 15.  We became immediate friends simply because I saw in him a man filled with kindness and consideration for others, who sought to live his life by the Bible and the U.S. Constitution.  It is hard for me to see John having committed a crime.

John has worked hard to help the little guy, the one who had no one else to help him.  Why that should have set him at odds with the law is beyond my imagination.  I simply cannot think of any reason for John Green to be considered a law breaker.  Maybe some of our laws leave no room for an honest man.

There are few people in this world with whom I would trust my life and my family's lives, but John Green is one of them.  I trust John completely.  I have tried to live my life by the same standard, and if John has to go to jail maybe I should have to go with him.

I cannot think of any flaw in John Green's character.  John is simply a good person who has gone out of his way to help others.  John is not only a conservative of character, but a Christian of character.  There are very few in that category.  I truly wanted him to be our next sheriff because I felt he would enforce the law perfectly and completely.

Very Truly Yours:

Jim Hollingsworth

Wednesday, February 12, 2020

Dear Honorable Judge,

For as long as I can remember, my dad has taken an active role in the formation of his children's characters, wanting to instill in us qualities that he believed to be most important, such as respect for authority, honesty, and the courage to stand up for what we believe is right. He taught us to take responsibility for our actions and to learn from our mistakes all while being a loving father with whom we could find a shoulder to cry on and words of encouragement to keep trying our best.

As a parent, I have learned how easy it can be to set rules and guidelines for your children, with a clear idea in your head of how they should behave and what qualities you want to develop in them as they grow, and to sometimes forget the importance of leading by example. This is not the case with my dad. He has always been an example for us to follow, giving life to his words by his actions. And now as a grandfather, he is an important role model. He gives of himself freely to anyone in need without hesitation, regardless of what it costs him.

In addition to my husband, he is a man I trust wholeheartedly and one to whom I turn for advice on a daily basis as a parent, spouse and friend. John is one of the most generous, loving, honest and hard-working men I know, and I am so proud to call him my dad. I pray that he will be around for a very long time, because there is still so much I want to learn from him, and so much I want to teach to my 5 young children. I appreciate your careful consideration in this matter.

Sincerely, Katherine Epkey

January 25, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer,

I have had the privilege of knowing John Green and his family for 4 years, and have attended several dinners and social events at their home. Four years may not seem like long but I feel I've known them for many more. John's daughter Mary invited me to Grandparents' Day at her school when her grandmother couldn't attend. I was honored to attend on her behalf. Mary tutored my daughter in Latin and spent many hours in our home. Both John and his wife treat me and my family as if we've always known each other.

John is a man of his word. He has always been kind and generous with his time to my family. I had the opportunity to visit John in Boise during the legislative session last year. We were each others' constituents: I live in the legislative district he represents and he lives in the county that I serve as County Commissioner. John frequently called me on a professional level when there was a bill before him that he felt would impact the county. I was able to share with him the consequences of passing each bill and John was able to make informed decisions. The integrity that he showed in reaching out to find the impact of his decisions will never be forgotten nor has it been duplicated.

He has done more for the protection of life than anyone I know personally. He is a man of integrity and wisdom. Even just since 2018, I have witnessed how John has grown more peaceful and resolved to give those who don't have a voice protection.

John's actions follow his speech. He is committed to his family and friends. I am blessed to be one of those friends. John is unselfish and always speaks kindly of his wife and family. Transparency comes to my mind often when I think of John. I always know where he stands. His character is admired by my family and countless in our community. Our community would suffer if John were to move away. I am not one to embellish (I find it distasteful) so I do not say it lightly when I call John a role model. In this day in age where our youth look to celebrities as role models, John breaks that mold and is truly someone to look up to.

My purpose in writing this letter is not to say a bunch of flowery praise but to honestly share how John has positively impacted my life. I am now inspired to write letters to those people in my life who have blessed me.

Sincerely,
Leslie Duncan
9030 N Hess Street Suite 125
Hayden, Idaho 83835
208-699-0321

Lizbeth T. Green
10315 Crescent Moon Dr.
Houston, Texas 77064

January 28. 2020

The Honorable Karen Gren Scholer
1100 Commerce Street. Room 1654
Dallas, Texas 75242

Dear Judge Scholer

My name is Lizbeth Green. I am the oldest of 8 children. I am a retired elementary school librarian and teacher (35 years of service). I wish to convey my thoughts about my brother, John Green, 3rd oldest child and oldest son of Sharon and Jim Green.

Our parents raised all of us to be hard workers, to love our faith, our family, and our country. We were taught to champion those less fortunate than we were. We were not raised in the lap of luxury. Our mother was a full-time working nurse and Dad sometimes worked 2 or 3 jobs to support the family. These hard-working parents instilled this work ethic in all of us.

John, in the course of his personal and professional life, has upheld the qualities instilled in him by our parents. He has always championed the less fortunate, as evidenced in his career choices throughout his years as a public servant. He was a police officer for many years, became an attorney, and ran for and was elected a state representative to the state house in Idaho. His whole professional career has been devoted to helping others who needed assistance.

Many years ago, in keeping with John's belief in helping others, I asked him for advice for a co-worker who was having some legal problems regarding her deceased mother's estate. Not only did he not ask for any recompense, but went to her home on a work day and spent 2 hours with her to advise her. All because I asked, and because he wanted to help.

Sometimes, as in any family, misfortune happens. I have 2 sons. When I became pregnant with my 1st son, his father abandoned me, and John and his wife, Elizabeth, insisted that I move in with them until I got my bearings. They asked nothing of me. John's sense of family has always been of utmost importance. Both of my sons have looked to John as a father figure and role model all of their lives.

John helped our dad in his later years in the work force, assisting him in seeking employment. After Dad's death, he kept an eye on Mom. When John and his family moved to the Pacific Northwest, he built his new house so that our mother could live in his home. When Mom died, he moved his elderly, widowed mother-in-law into the "mother's suite". Family is so important to him.

John has raised his 4 children the same way he was raised – faith, family, and country. They are all kind, caring adults, willing to help others in need. His 9 grandchildren (with #10 on the way) adore him. His youngest daughter, Mary, is a freshman in college and has aspirations of teaching, in keeping with the family belief in service to others.

When I visit John and his family in Idaho, I am always astounded with the number of people who know him and admire him. Even here in Houston. mutual acquaintances always ask about him with interest and admiration.

Lizbeth T. Green
10315 Crescent Moon Dr.
Houston, Texas 77064

January 28. 2020

The Honorable Karen Gren Scholer
1100 Commerce Street. Room 1654
Dallas, Texas 75242

I know that our parents were so proud of John's choices in life. I am honored to have him as my brother. Thank you.

Sincerely,

Lizbeth T. Green

The Honorable Karen Gren Scholer                          1/29/2020
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer,

We, Marc and Elaine Eberlein, have known our good friends, the John and Elizabeth Green family, for approximately sixteen years. Marc and Elaine have been married 42 years and are successful small business owners. Marc has served as county commissioner and has sat on many boards (board of directors).

John Green is a very loving and generous man.  Over the years he has taken in and provided for several relatives.  First was his mother for many years until passing.  An elder male cousin also needed somewhere to live and after six years is still living with them, and now has heart and other health issues. During this time John's 90 year old mother-in-law also moved in to be cared for by the family.

Our personal encounter with John's generosity began in 2008 when Elaine needed to go to Texas Heart Institute for two major open heart surgeries. Marc needed a place to live during the three month long hospital stay and another month for both of us to stay while Elaine recovered before the journey home to Idaho. John spoke to some dear friends of his and who agreed to open their home to us, complete strangers. Southern hospitality! John generously made himself available with any questions or needed chores regarding our home in Idaho. When Marc needed a friends shoulder to cry on, John answered his phone call day or night. John and Elizabeth were present for both surgeries to comfort and pray with Marc while awaiting the outcome of these most dangerous and extensive surgeries. One was eight hours long and the other six hours in which Elaine was basically cut in half. The Greens then stayed for a week or so each time before returning to their home in Idaho. We couldn't have done it without them!

John truly is the perfect example of the Good Samaritan! Our story is only one of many in which John helped others.

What a kind, helpful, community minded man John Green is. His honesty and integrity are inspiring.

Sincerely yours,

MARC EBERLEIN
Elaine Eberlein

Marc and Elaine Eberlein
4319 East Hope Ave.
Post Falls, Idaho 83854

Mrs. Medley Green D'Elia
Ophthalmic Assistant & Scribe
18011 Shallow Leaf Ln.
Cypress, TX 77433


The Honorable Karen Gren Scholer
1100 Commerce St. Rm#1654
Dallas,TX 75242


Your Honor,


My name is Medley Green D'Elia,  I am the eldest of Mr John Green's 4 children, and I am honored to be! These are the reasons why;
 My father raised his children first and foremost to know the difference between right and wrong. He also told me that he wanted me to be a strong,  independent woman and wanted me to attend college so that I could always provide for myself.
 He is firm, but fair, always correcting us when we did something wrong but then picking us up in a big hug to make sure that we knew that our mistakes never changed the love he has for us.
 He has always said that we must follow the law,  even when we disagree with it. He raised us with the understanding that if we disagree with the law,  we should move for change!
One of the things I most admire about my Dad is, the countless hours of his time spent helping people who desperately needed it, even when they couldn't afford it! I am most proud of him for standing up for those who don't have a voice or cannot stand up for themselves! He even put us in Judo, in order for us to be able to defend ourselves.
My father is a noble,  intelligent man. He cares deeply about his family,  his community and his country. He is a kind and honorable man who along with our mom, raised us with the foundation of always doing what is right. Most importantly that in all things for his children to maintain integrity and politeness! It is thanks to his great example as a father that my siblings and I along with our spouses are raising our own children with the same values!


Respectfully,

Medley Green D'Elia



**CHAD CHRISTENSEN**
DISTRICT 32 SEAT B
BONNEVILLE, CARIBOU, BEAR LAKE,
FRANKLIN, ONEIDA & TETON COUNTIES

HOME ADDRESS
3890 EAST 65TH SOUTH
AMMON, IDAHO 83406
(208) 332-1183
(208) 419-3020
EMAIL: cchristensen@house.idaho.gov

# House of Representatives
# State of Idaho

The Honorable Karen Gren Scholer
1100 Commerce St.
Room 1654
Dallas, TX 75242

Dear Honorable Karen Gren Scholer,

I had the pleasure of working with John Green during the 2019 Idaho legislative session. I came to know John as an upstanding man of character. He would vote his conscious and followed the wishes of his constituents. Despite his prior mistakes in life, John showed his loyalty and respect to those whom elected him. I would often seek his opinion about important matters of legislative business. John deeply cared about the rights of his constituents. He cares about others, plain and simple. This good man poses absolutely no risk to the public. I would trust him with any of my family members.

I am a former parole officer for the State of Idaho. I dealt with many high-risk offenders. Often, judges or the parole commission would put dangerous people back out on the street. Many of these were violent and/or sex offenders. I strongly believe prison should be reserved for those that pose a serious threat to the public, meaning the type of offenders I described. Putting John in prison will not help anyone involved with this case, it will only exacerbate the situation. I have known prison to harden people, it can help mold them into people that they would have otherwise never transformed into. John is still a good man, despite this conviction, despite his mistake. Good men/women can make poor choices, but still be good in their core. John is very much that person, he is a good man in his core.

John does not pose a threat to himself or others. I know there are many risk assessments that would show that John is not a threat. I used the LSI (Level of Service Inventory) often, as a parole officer. Being experienced with this assessment tool, I have every bit of confidence that John would fit the criteria of very minimal risk to the community. If John were on my caseload as a parole officer, I would have him check in by mail, based on the LSI assessment criteria.

I am not going to debate John's actions or this conviction. The jury has spoken. However, John is respected by many in his community and by many in the Idaho Legislature. He has a loving wife, children, and grandchildren. I ask you to allow John to continue those relationships without interruption. His family loves and needs him. I ask the court to place John under community supervision. If John shows any behavior that you deem a threat to society, then his probation can be revoked. However, I do not feel that would ever happen.

I respectfully ask this court to place John on community supervision. I believe any prison time given to John would be 100% punitive. John has already suffered punitive and collateral damages because of this conviction. He has lost his seat in the Idaho Legislature. I am sure he will soon lose his license to practice law. He will have to find a new means to provide for his family. Please allow John to rebuild his life. He has made many contributions to society and I strongly believe that will continue.

Respectfully,

Representative Chad Christensen

**HEATHER SCOTT**
DISTRICT 1
BONNER & BOUNDARY COUNTIES

HOME ADDRESS
PO BOX 134
BLANCHARD, IDAHO 83804
(208) 920-3120
EMAIL: hscott@house.idaho.gov



# House of Representatives
# State of Idaho

January 22, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer:

Thank you for the opportunity to provide a character reference letter for John Green.  I have known John for 5+ years and have worked regularly with him as a fellow legislator in the Idaho House of Representatives for the last year.   During this time, I have found John to exhibit a special character trait of connecting with people at all levels of education and income and to provide effective fair representation for his district in the legislature.  John and I have worked on important legislation together and he meticulously helps craft language to ensure the intent of proposed laws is fair, honest and constitutionally sound.  I and other legislators have been very fortunate to have his level of legal knowledge and experience to help us through various phases of law making.

John has generously given his time and energy to help me and constituents promote key pieces of legislation throughout various districts at his own expense and time away from his family.

In closing, I have found John to be a genuine, honest and knowledgeable co-worker as well as a kind compassionate man who has strong convictions towards God, his family and his country.

Sincerely,

*Representative Heather Scott*

Representative Heather Scott
Idaho House Of Representatives - District 1A
PO Box 134
Blanchard, Idaho 83804
208-920-3120

RON MENDIVE
DISTRICT 3
KOOTENAI COUNTY

HOME ADDRESS
3732 S. DUSTY LANE
COEUR D'ALENE, IDAHO 83814
(208) 667-9330
EMAIL: rmendive@house.idaho.gov

# House of Representatives
# State of Idaho

January 24, 2020

Your Honor,

My name is Representative Ron Mendive.  I have known John Green for the last ten years.   We met while working on political campaigns.  During those years I have found John to be a man of high moral character.  One who is trust worthy, honest, just, conscientious and courteous.

I served with John in the 2019 Idaho State legislative session.  John brought an incredible set of skills and knowledge of the law to the legislative process.  He was a tremendous asset and will be sorely missed.

John Green is not a threat to society.  He is a God-fearing man who loves his family and serves his community.  Despite the current case I believe John to be an honorable man.  In and of itself, losing his license to practice law is a significant penalty that will impact the rest of his life.

It is my sincere hope that the court takes this into consideration at the time of John's sentencing.


Sincerely,

*Rep. Ron Mendive*

Rep. Ron Mendive

**Representative Vito Barbieri**
District 2
Kootenai County

<u>HOME ADDRESS</u>
564 E. Prairie Avenue
Dalton Gardens, ID 83815
(208) 620.0873



<u>COMMITTEES</u>

Business, State Affairs,
Local Government

# House of Representatives
## State of Idaho

January 27, 2020

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Re: John Green

Honorable Gren Scholer:

By way of introduction, I am a retired attorney of 20 years and an Idaho state representative serving in my tenth year.

I beg leniency on behalf of this fine man, John Green.

I have known John for over 10 years.

More recently I have served with John in the Idaho Legislature and believe that I know him well enough to accurately portray his character and demeanor.

I have observed him on numerous occasions wherein he showed himself to be a principled and honorable man.

He is a loving father and husband, always considering his family which have accompanied him at social and professional settings.

He has always comported himself with esteem and forthrightness.

I appreciate him and respect him despite his recent difficulties.

Thank you for the opportunity to share my deep respect for John Green.

Yours very truly,

Rep. Vito Barbieri

Society of Saint Pius X



# S S P X

The Honorable Karen Gren Scholer
1100 Commerce Street, Room 1654
Dallas, Texas 75242

Dear Judge Scholer,

I am writing to you on behalf of John Green. I would like to make clear that he is a good man and has helped many people in my parish in Post Falls, Idaho. I knew John when I was the parish priest of a large community of Catholics in Northern Idaho (Immaculate Conception Church, Post Falls, ID). I was there in the years 2017-2018 and since then I have been promoted to be a District Superior of our Catholic missions in Asia across 10 countries in the Far East.

John has always acted in an honest and upright manner and shown great virtue. He was always willing to help other parishioners or persons who needed legal advice "pro bono" and never refused anyone. In all my dealings with him and his family, I was edified by their conduct and behavior. He is known across the parish as a solid and trustworthy man who wants to always to do "the right thing".

Thank you for your consideration in this matter.

Yours faithfully,

Rev. Fr. Patrick Summers
Superior of District of ASIA

SSPX District of Asia
St. Pius X Priory
286 Upper Thomson Rd
Singapore 574402
https://fsspx.asia/en

# ROBERT R. ROMERO, JR.
## Attorney at Law, PLLC

8251 N. Cornerstone Dr.
Hayden, Idaho 83835 *(physical)*                                          Phone (208) 664-2191
2900 N. Government Way, PMB 136                                            Fax (208) 664-2193
Coeur d'Alene, ID 83815 *(mailing)*

February 3, 2020

Judge Karen Gren Scholer
c/o Michael Minns
Minns & Arnett
9119 S. Gessner, Suite One
Houston, Texas 77074

Re: John Green

Dear Judge Scholer:

I am writing this letter on behalf of John Green. I have known John to be kind, loyal and
charitable with his time. Whenever I see him, he is quick to smile and always has words of
encouragement. I recently went through a nasty divorce, still am actually, and when I speak to
John about it, he is a kind listener. John also gives freely of himself by doing *pro bono* work for
people who need help but can't afford it.

I have always seen John as a Godly man, honest and truthful. I have never heard John cuss or
hold others in contempt. He is forgiving and does not sink to other people's levels. There is no
spite in him. In the past I was involved in the politics of my county. I never held office, but I
knew several who did and those involved behind the scenes. This can be a pretty unsavory world
at times. But even when others would sink to *ad hominem* attacks, John never did. He kept the
debate civil and stayed with the facts and issues. I am "friends" with him on Facebook and I
don't see John making racy or inappropriate posts.

I met John several years ago when state legislator who is a mutual friend thought it would be
nice to introduce two conservative attorneys. If memory serves, this would likely have been after
the session in 2005. As we spoke when we met, the person who got us together thought it was
funny that we also had an interest in the sport of wrestling. A couple of years after that my son
started club wrestling and I would time to time post videos of this and John would sometimes
make nice comments on these. My son is in high school now and has won one state title and he
was runner up last year and John has helped financially support the team when they are fund
raising for travel and other expenses. John has brought his grandsons to watch some of the home
high school tournaments. We haven't seen the grandkids at club practice yet, but we're hopeful.

Thank you for taking the time to read this lengthy letter. I felt it was important for you to know these sides of John. If you would like any additional information or clarification, please feel free to ask.

Cordially,

Robert R. Romero, Jr.
Attorney at Law, PLLC

Scott and Carol Grunsted
1360 E Lacey Ave
Hayden, ID 83835
February 6, 2020

The Honorable Karen Gren Scholer
1100 Commerce St, Room 1654
Dallas, TX 75242

Dear Judge Scholer,

We, the undersigned, write this on behalf of John Green, with whom we've been well acquainted for nearly 20 years.

Upon our first meeting, we knew Mr. Green to be a scholar, knowledgeable on matters of great importance to us. We offered our friendship, and a long and fruitful relationship prospered. We were in need of legal counsel regarding federal and state tax matters, and, though we offered him compensation at prevailing rates, he refused, and provided us with his legal expertise pro bono. The degree of his contribution to our complex situation would have cost us many thousands of dollars, had he not been so generous.

John and his family have been guests in our home many times, where we both laughed at and bemoaned over various subjects and experiences. I (Scott) gave his daughter violin lessons ("pro bono", mind you!), in an effort to return his generosity in some small way. We've witnessed John's similar generosity with a number of other people within our circle of influence. His devotion to friendship showed most strongly when he appeared at the memorial services for both of my (Scott's) parents, whose passings were separated by 7 years.

Another descriptive term for Mr. Green is courageous. We've always admired his willingness to take a stand on principle. He has stood against the winds of compromise when truth and honesty are under fire. He showed this in the courtroom, as a political constituent, and as a representative in our Idaho state house. No more law abiding and sincere man lives on earth. We would trust him with our lives.

We adjure you to be kind to John Green, and ultimately, his family.

Respectfully yours,

Scott and Carol Grunsted

cc: Elizabeth Green

Thomas and Sandra Hanley
969 S Signal Point Rd
Post Falls, ID  83854

February 16, 2020

Michael Minns
Minns & Arnett (RE:  JGreen)
9119 S. Gessner, Suite One
Houston, Texas  77074

Dear Judge Scholer,

This letter is a personal character reference regarding John Green.

My wife (Sandra) and I have known John for approximately 10 years.  We have known him as a fellow church parishioner, chatting with him on many a Sunday.  We have also had him and his wife to our home for dinner, and correspondingly, visited them at his residence for social and political reasons on a number of occasions.

I am a retired military officer (completing 30 years).  Following my service I was employed in a managerial position for another 11 years at a non-profit organization.  In both of these careers I hired/fired and supervised many persons over the years.  In doing such, I consider myself a fairly good judge of people's behavior and character.

My wife is a retired school teacher.  A significant part of her job was to constantly assess individual's behavior and character, and document her observations.

In our opinion, John is a moral, intelligent, law abiding citizen, deserving the utmost credibility in all regards.

Should there be a need, we may be reached on my mobile phone at 208-819-6929.

Sincerely,

Thomas P. Hanley

Sandra L. Hanley