# EXHIBIT D

"GRE3456, JOHN O GREEN"                                                                                                    "Page 1 of 1"

Lorene H. Lindley, MD, PC
13859 North Reflection Road
Rathdrum, ID 83858
(208)664-8818
(208)664-4427

| Date | PATIENT | ACCOUNT # |
|---|---|---|
| 05/04/2020 | JOHN O GREEN  02/23/1959<br>PO BOX 690<br>LIBERTY LAKE, WA 99019 | GRE3456 |

**Note**

To: Minns & Arnett
9119 S. Gessner, Suite 1
Houston, TX 77074

This letter is to advise you that John O. Green has risk factors for serious complications from COVID-19, should he acquire such an infection while incarcerated. His risk factors are coronary artery disease, hypertension, obesity, and age.

Sincerely,

*Lorene Lindley, M.D.*
Lorene Lindley, M.D.


Lorene Lindley, MD, PC
05/04/2020