UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
| | § | |
| v. | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| JOHN GREEN (3) | § | |

## JOHN GREEN'S MOTION FOR CONTINUANCE

COMES NOW, JOHN GREEN ("Defendant John Green"), and respectfully shows the Court the following:

1. On November 25, 2020, this Court granted Defendant Thomas D. Selgas' Motion for Continuance and set sentencing in this matter for April 6, 2020, at 10:00 am. (See ECF 257).

2. Counsel for Defendant John Green is set for a jury trial in United States v. Raymond Griggs, Criminal Action No. 3:20-CR-00087-N. The case is pending before Judge Godbey and is scheduled to start on April 5, 2020. (See attached Exhibit "A" Amended Pretrial Order).

3. The Government does not object to the continuance.

4. Counsel for Defendant John Green for good cause shown, respectfully requests that this Court grant a continuance of the sentencing set for April 6, 2020.

Respectfully submitted on December 2, 2020.

MINNS & ARNETT

/s/ Michael Louis Minns

Page 1 of 2

Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453
**Attorneys for John Green**

## CERTIFICATE OF SERVICE

This is to certify that on this the 2cnd day of December 2020, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

   /s/ Ashley Blair Arnett
Ashley Blair Arnett
**Attorney for Defendant, John Green**