### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case 3-18-cr-356-S |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| THOMAS D. SELGAS (1) | § | |
| JOHN GREEN (3) | § | |
| | § | |

### SCHEDULING MOTION

COMES NOW, JOHN GREEN ("Defendant John Green"), and respectfully requests the Court supplement his pleadings and would show this Honorable Court the following:

Counsel has been apprised that Mr. Selgas disputes the tax claim of the Government and will put on testimony showing that it was inappropriately received for the jury.  To the extent that Mr. Selgas' evidence, and arguments do not conflict with Mr. Green's defense and arguments, Mr. Green requests permission to adopt them.

Other than the existing letters of support from his community which have been forwarded to the court, Mr. Green does not intend to offer additional evidence at the sentencing.  However, he would like the opportunity, to the extent it is not in conflict with any of his positions, to adopt Mr. Selgas' evidence regarding the Government's tax claim.

The entire trial was handled with cooperating agreements with the three original defendants, and when Mrs. Selgas was acquitted, it continued with cooperating agreements with Mr. Selgas and Mr. Green.

Accordingly, Green requests that his hearing follow Mr. Selgas' hearing so that the court can rule on Green's sentencing after Selgas has presented his arguments.  Mr. Selgas is

**Page 1 of 3**

the primary defendant in the case and listed first.   In the alternative, Green would request

that this court not rule on his sentencing until after Selgas has put on his argument and

evidence.

At this time Green anticipates that his position will be substantially identical to his

pleadings.


Respectfully submitted on February 8, 2021.

MINNS & ARNETT

*/s/ Michael Louis Minns*
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453
***Attorneys for John Green***


**CERTIFICATE OF CONFERENCE**

On February 5, 2021 Michael Minns conferred with AUSA Robert Kemins.   The

Government is not opposed to Defendant Green's sentencing following Defendant Selgas' or

Defendant Green adopting the pleadings of Selgas, although neither undersigned nor the

Government have seen Selgas' pleadings.


*/s/ Michael Louis Minns*
Michael Louis Minns
***Attorney for Defendant, John Green***
**Page 2 of 3**

## CERTIFICATE OF SERVICE

This is to certify that on this the 8th day of February 2020, a true and correct copy of the

above and foregoing instrument was served upon all counsel of record.


 */s/ Ashley Blair Arnett*
Ashley Blair Arnett
***Attorney for Defendant, John Green***