# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-356-S |
| | § | |
| THOMAS SELGAS (01) | § | |
| JOHN GREEN (03) | § | |

## ORDER

This Order addresses Defendant Selgas's unopposed Motion to Continue Sentencing [ECF No. 263]. The Court **GRANTS** the Motion, and the following dates and deadlines are reset pursuant to Federal Rule of Criminal Procedure 32(b), as to **both Defendant Thomas Selgas** and **Defendant John Green**:

| Filing: | Deadline: |
| --- | --- |
| Final Presentence Investigation Report and Addendum ("Final PSR and Addendum") for each defendant | May 22, 2021 |
| Motions seeking departures or variances from the advisory guidelines range, if any | June 1, 2021 |
| Responses to motions seeking departures or variances, if any | June 8, 2021 |
| All other written materials | June 8, 2021 |
| Notice certifying all written materials have been filed; or motion seeking leave to file late-filed documents | June 8, 2021 |

1. As requested by the unopposed Motions, the sentencings for Defendant **Thomas Selgas** and Defendant **John Green** will be set at the same time. The hearings shall be in-person and are reset for **June 22, 2021**, at **10:00 a.m.**

2. The Probation Office must file the Final PSR and Addendum, as to each Defendant, on or before **May 22, 2021**.

3. Any motions seeking departures or variances from the advisory guidelines range must be filed on or before **June 1, 2021**. Any responses to such motions must be filed on or before **June 8, 2021**.

4. Any other written materials, such as sentencing memoranda, must be filed on or before **June 8, 2021**.

5. On or before **June 8, 2021**, each party must file either: (1) a Notice certifying that all written materials have been filed on behalf of that party; or (2) a motion seeking leave to file late-filed documents identifying with specificity what written materials remain forthcoming.

6. Unless specifically stated otherwise, any order continuing the sentencing hearing shall proportionately extend the deadlines described herein that have not yet passed.

7. In any case in which 18 U.S.C. §§ 3663-64 apply, counsel for the Government shall provide, if not already provided, within five (5) court days from the date of this Order, to the Probation Office all information necessary for the Probation Office to comply with crime-victim restitution requirements.

**SO ORDERED.**

SIGNED March 16, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**