UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Case 3-18-cr-356-S |
| v. | § § | |
| THOMAS D. SELGAS (1)<br>JOHN GREEN (3) | § § § § | |

# NOTICE

COMES NOW, JOHN GREEN ("Defendant John Green"), through undersigned counsel:

Pursuant to this Court's March 16, 2021, order (ECF 264), Green, files this notice that it has filed all written material relevant to Green's position on sentencing.

Submitted on June 8, 2021.

    MINNS & ARNETT

    */s/ Michael Louis Minns*
    Michael Louis Minns
    State Bar No. 14184300
    mike@minnslaw.com
    Ashley Blair Arnett
    State Bar No. 24064833
    ashley@minnslaw.com
    9119 S. Gessner, Suite 1
    Houston, Texas 77074
    Telephone: (713) 777-0772
    Telecopy: (713) 777-0453
    ***Attorneys for John Green***

## CERTIFICATE OF SERVICE

This is to certify that on this the 8th day of June 2021, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

      /s/ Ashley Blair Arnett
Ashley Blair Arnett
***Attorney for Defendant, John Green***