UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Case 3-18-cr-356-S |
| v. | § § § | |
| THOMAS D. SELGAS (1)<br>JOHN GREEN (3) | § § § § | |

## NOTICE OF APPEAL

Notice is hereby given that John Green, appeals to the United States Court of Appeals for the Fifth Circuit from the conviction and sentence entered into on June 22, 2021.

Submitted on June 22, 2021.

                                       MINNS & ARNETT

                                       */s/ Michael Louis Minns*
                                       Michael Louis Minns
                                       State Bar No. 14184300
                                       mike@minnslaw.com
                                       Ashley Blair Arnett
                                       State Bar No. 24064833
                                       ashley@minnslaw.com
                                       9119 S. Gessner, Suite 1
                                       Houston, Texas 77074
                                       Telephone: (713) 777-0772
                                       Telecopy: (713) 777-0453
                                       **Attorneys for John Green**

## CERTIFICATE OF SERVICE

This is to certify that on this the 22cnd day of June 2021, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

/s/ Michael Louis Minns
Ashley Blair Arnett
*Attorney for Appellant, John Green*